IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EON Corp IP Holdings LLC

        Plaintiff,

v.

Sensus USA Inc et al.

        Defendant.

CASE NO. 3:12-CV-1011-MEJ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Abraham DeLao, whose business address and telephone number is

Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway, Las Cimas IV, Fifth Floor, Austin, TX 78746
(512) 338-5400

and who is an active member in good standing of the bar of the State of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Aruba Networks Inc.; Kineto Wireless, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 11, 2012

_____
Maria-Elena James
United States Magistrate Judge