RECEIVED
2012 APR -4 P 3:45
[stamp: RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, N.D. CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON Corp. IP Holdings LLC | CASE NO. 3:12-cv-01011-MEJ |
| Plaintiff, | ~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| Sensus USA, Inc., et al. | |
| Defendant. | |

MATTHEW S. YUNGWIRTH, whose business address and telephone number is 1180 W. Peachtree St., Ste. 700, Atlanta, Georgia 30309; 404.253.6900

and who is an active member in good standing of the bar of    Georgia
having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   Cisco Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:    April 11, 2012

_____
Maria-Elena James
United States Magistrate Judge

United States District Court
For the Northern District of California