Clear Form

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EON CORP. IP HOLDINGS, LLC,

CASE NO. 3:12-cv-01011-MEJ

Plaintiff,

v.

SENSUS USA INC., et al.

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Defendant.

Daniel Scardino, whose business address and telephone number is

Reed & Scardino LLP
301 Congress Ave., Suite 1250
Austin, TX 78701 (512) 474-2449

and who is an active member in good standing of the bar of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing EON Corp. IP Holdings LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: April 11, 2012

United States Magistrate Judge