UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SENSUS USA INC. ET AL.,<br><br>Defendants. | Case No. 3:12-CV-01011-MEJ<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JONATHAN G. GRAVES *PRO HAC VICE* |

Jonathan G. Graves, an active member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, whose business address and telephone number is Cooley LLP, One Freedom Square, 11951 Freedom Drive, Reston, VA 20190, telephone: (703) 456-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Broadsoft Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 20, 2012

By: _____
HON. MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT JUDGE