KILPATRICK TOWNSEND & STOCKTON LLP
STEVE MOORE  (NC Bar No. . 23367)
CARL E. SANDERS  (NC Bar No. 34190)
JAMES L. HOWARD (NC 39769)
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Telephone:  336 607 7300; Facsimile:  336 607 7500
E-mail:  smoore@kilpatricktownsend.com
E-mail:  csanders@kilpatricktownsend.com
E-mail:  jihoward@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
JESSICA L. HANNAH (State Bar No. 261802)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Telephone:  415-576-0200; Facsimile:  415-576-0300
Email:  jhannah@kilpatricktownsend.com

Attorneys for Defendants
MOTOROLA SOLUTIONS, INC. AND MOTOROLA MOBILITY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>SENSUS USA INC.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; IP.ACCESS, INC.; JUNI AMERICA, INC.; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; SPRINT SPECTRUM, L.P.; ADVANCED METERING DATA SYSTEMS, LLC; STOKE, INC.; TATARA SYSTEMS, INC.; HTC AMERICA, INC.; PALM, INC.; UNITED STATES CELLULAR CORPORATION; CELLULAR SOUTH, INC.; NTELOS, INC.; MOTOROLA MOBILITY, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC.,<br>       Defendants.<br>               Defendants. | Case No. C12-01011 EMC<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION AND STIPULATION TO ADR PROCESS OR NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE**   ; ORDER<br><br>**[CIVIL L.R. 6-2]** |

AND RELATED COUNTERCLAIMS



STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION AND STIPULATION TO
ADR PROCESS OR NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE
CASE NO. C12-01011 MEJ

Plaintiff EON Corp. IP Holdings, LLC and Defendants Aruba Networks, Inc., Broadsoft, Inc., Cisco Systems, Inc., Mavenir Systems, Inc., Meru Networks, Inc., Sercomm Corporation, Sonus Networks, Inc., Sprint Spectrum, L.P., Stoke, Inc., Tatara Systems, Inc., HTC America, Inc., United States Cellular Corporation, Motorola Mobility, Inc., Motorola Solutions, Inc., Kineto Wireless, Inc., and Airvana Inc. ("the parties") hereby request an extension of time to file the ADR Certification and a Stipulation to ADR Process or Notice of Need for ADR Telephone Conference ("ADR Documents") pursuant to Northern District Civil L. R. 16-8 and ADR L. R. 3-5.

All parties, with the exception of Clavister AB and Juni America, Inc., met and conferred this morning regarding the Joint Case Management Conference Statement and the ADR programs made available by this Court. While no agreement was reached between the parties this morning with respect to ADR, the parties believe that an extension of two weeks to file the ADR Documents will provide sufficient time for the parties to continue to meet and confer regarding ADR and reach a position to file the ADR Documents. There have been no previous time modifications in the case. A two week extension of time will require that the parties file both the ADR Documents and Case Management Statement on June 15, 2012 and will have no effect on the schedule for the case. For the foregoing reasons, the parties hereby request that the Court grant the instant request and extend the deadline to file the ADR Documents to June 15, 2012.



DATED: June 1, 2012

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Jessica L. Hannah*

Jessica L. Hannah (State Bar No. 261802)

Attorneys for Defendants
MOTOROLA SOLUTIONS, INC. AND MOTOROLA MOBILITY, INC.

WILSON SONSINI GOODRICH & ROSATI

By: */s/ Brian Range*

Attorneys for Defendant
ARUBA NETWORKS, INC.;

COOLEY LLP

By: */s/ Justin Wilcox*

Attorneys for Defendant
BROADSOFT, INC.

WILEY REIN LLP

By: */s/ Brian Pandya*

Attorneys for Defendant
IP.ACCESS, INC.

DUANE MORRIS LLP

By: */s/ Matthew Yungwirth*

Attorneys for Defendant
CISCO SYSTEMS, INC.

ANDREWS KURTH LLP

By: */s/ Gerald Conley*

Attorneys for Defendant
MAVENIR SYSTEMS, INC.



| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | By: */s/ Diana Luo* |
| 3 | Attorneys for Defendant<br>MERU NETWORKS, INC. |
| 4 | |
| 5 | ANDREWS KURTH LLP |
| 6 | By: */s/ Robert A. Gutkin* |
| 7 | Attorneys for Defendant<br>SERCOMM CORPORATION |
| 8 | |
| 9 | DUANE MORRIS LLP |
| 10 | By: */s/ Matthew Yungwirth* |
| 11 | Attorneys for Defendant<br>SONUS NETWORKS, INC. |
| 12 | |
| 13 | K&L GATES LLP |
| 14 | By: */s/ Andrea B. Reed* |
| 15 | Attorneys for Defendant<br>SPRINT SPECTRUM, L.P. |
| 16 | |
| 17 | BAKER BOTTS L.L.P. |
| 18 | By: */s/ Douglas Kubehl* |
| 19 | Attorneys for Defendant<br>STOKE, INC. |
| 20 | |
| 21 | HENNIGAN BENNETT AND DORMAN |
| 22 | By: */s/ Lawrence M. Hadley* |
| 23 | Attorneys for Defendant<br>TATARA SYSTEMS, INC. |
| 24 | |
| 25 | AKIN GUMP STRAUSS HAUER & FELD |
| 26 | By: */s/ Kellie M. Johnson* |
| 27 | Attorneys for Defendant<br>HTC AMERICA, INC. |
| 28 | |



| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | By: */s/ Ashish Nagdev* |
| 3 | Attorneys for Defendant<br>UNITED STATES CELLULAR CORPORATION |
| 4 | |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| 6 | By*: /s/ Brian Range* |
| 7 | Attorneys for Defendant<br>KINETO WIRELESS, INC. |
| 8 | |
| 9 | SIMPLSON THACHER & BARTLETT LLP |
| 10 | By: */s/ Patrick King* |
| 11 | Attorneys for Defendant<br>AIRVANA, INC. |
| 12 | |
| 13 | HOPKINS & CARLEY |
| 14 | By: */s/ Jennifer Coleman* |
| 15 | Attorneys for Plaintiff<br>EON CORP. IP HOLDINGS, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____June 6_____, 2012    By: _____
                                           Hon.
                                           United

IT IS SO ORDERED
Judge Edward M. Chen



5

**SIGNATURE ATTESTATION**

Pursuant to general Order No. 45(X)(B), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

DATED: June 1, 2012          By: /s/ Jessica L. Hannah
                                  Jessica L. Hannah

                                  Attorneys for Defendants
                                  MOTOROLA SOLUTIONS, INC. AND
                                  MOTOROLA MOBILITY, INC.

3306848 v1

