KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (admitted *pro hac vice*)
CARL E. SANDERS (admitted *pro hac vice*)
JAMES L. HOWARD (admitted *pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336 607 7300
Facsimile: 336 607 7500
E-mail: smoore@kilpatricktownsend.com
E-mail: csanders@kilpatricktownsend.com
E-mail: jihoward@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
JESSICA L. HANNAH (State Bar No. 261802)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300
E-mail: jhannah@kilpatricktownsend.com

Attorneys for Defendant
MOTOROLA MOBILITY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SENSUS USA INC., ET AL.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 3:12-cv-01011-EMC<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE THE ADR CERTIFICATION AND STIPULATION TO ADR PROCESS OR NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE** l; ORDER<br><br>**[CIVIL L.R. 6-2]**<br><br>Judge: Hon. Edward M. Chen |

Plaintiff EON Corp. IP Holdings, LLC and Defendant Motorola Mobility, Inc. ("MMI") hereby request a ten day extension of time to file the ADR Certification and a Stipulation to ADR Process or Notice of Need for ADR Telephone Conference ("ADR Documents") pursuant to Northern District Civil L. R. 16-8 and ADR L. R. 3-5.



MMI was recently acquired by Google Inc. and is preparing an appropriate amended disclosure statement to file with the Court. As a result of the acquisition, counsel for MMI requests a ten-day extension of time to have the ADR Documents executed by an authorized signatory. The deadline to file the ADR Documents was previously extended from June 1, 2012, to June 15, 2012. Otherwise, there have been no previous time modifications in this case. A ten-day extension of time will require that MMI file the ADR Documents on June 25, 2012 and will have no effect on the schedule for the case. For the foregoing reasons, MMI hereby requests that the Court grant the instant request and extend the deadline to file the ADR Documents to June 25, 2012.

DATED: June 15, 2012          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Steven D. Moore*
    STEVEN D. MOORE  (NC BAR NO. 23367)

Attorneys for Defendant
Motorola Mobility, Inc.

HOPKINS & CARLEY

By: */s/ Jennifer Coleman*
    JENNIFER COLEMAN

Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____June 22_____, 2012          By: _____
                                              Judge Edward M. Chen
                                              United States District Judge



STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION
AND STIP. TO ADR PROCESS OR NOTICE OF NEED FOR ADR TELEPHONE CONF.          - 2 -
CASE NO. 3:12-CV-01011-EMC



**SIGNATURE ATTESTATION**

Pursuant to general Order No. 45(X)(B), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

DATED: June 15, 2012     By: /s/ Steven D. Moore
                               Steven D. Moore

                               Attorneys for Defendant
                               MOTOROLA MOBILITY, INC.

3593233v.1

3593233v.1



STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION
AND STIP. TO ADR PROCESS OR NOTICE OF NEED FOR ADR TELEPHONE CONF.     - 3 -
CASE NO. 3:12-CV-01011-EMC