UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EON CORP. IP HOLDINGS, LLC,
    Plaintiff(s),

v.

SENSUS USA INC., et al.,
    Defendant(s).

CASE NO. 12-1011 EMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑ Private ADR (*please identify process and provider*)  Private mediation with San Francisco JAMS or another mediator agreeable to all parties

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑ other requested deadline   Within 45 days of issuance of claim construction order

Dated: 6/25/2012

/s/ John V. Picone III
Attorney for Plaintiff

Dated: 6/25/2012

/s/ Steven D. Moore
Attorney for Defendant
Motorola Mobility, Inc.

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

[x]  The parties' stipulation is adopted and IT IS SO ORDERED.
[ ]  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  June 28, 2012



_____
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

**SIGNATURE ATTESTATION**

Pursuant to general Order No. 45(X)(B), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

DATED:      June 25, 2012            By:  */s/ Steven D. Moore*
                                         Steven D. Moore

                                         Attorney for Defendant
                                         MOTOROLA SOLUTIONS, INC.