UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM, L.P.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; STOKE, INC.; TATARA, SYSTEMS, INC.; HTC AMERICA, INC.; UNITED STATES CELLULAR CORPORATION; MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC.,<br><br>  Defendants. | Case No. 3:12-cv-01011-EMC<br><br>[P~~ROPOS~~ED] **ORDER ON THIRD AGREED MOTION TO EXTEND THE TIME TO SERVE STOKE, INC.'S INITIAL DISCLOSURES**<br><br>Judge: Hon. Edward M. Chen |

  Before the Court is Defendant Stoke, Inc. and EON Corp. IP Holdings, LLC's Third Agreed Motion to Extend the Time to Serve Stoke, Inc.'s Initial Disclosures. Having considered the matter, the Court **GRANTS** the motion and extends the date for Defendant Stoke, Inc. to serve its initial disclosures until and including August 6, 2012.

  DONE and ORDERED in Chambers in the Northern District of California, in San

-1-

Francisco, California this 2nd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED

Judge Edward M. Chen

-2-

STOKE'S UNOPPOSED MOTION TO EXTEND THE TIME
TO SERVE ITS INITIAL DISCLOSURES                                        Case No. 3:12-cv-1011-EMC