UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | Case No. 3:12-cv-01011-EMC |
| Plaintiff, | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |
| vs. | |
| SENSUS USA INC., et al. | |
| Defendants. | |

Plaintiff EON Corp. IP Holdings, LLC ("Plaintiff") and Defendant Tatara Systems, Inc., jointly move the Court for an order substituting the currently named defendant Tatara Systems, Inc. with defendant Taqua, LLC.

After considering the motion and the positions of justice, such motion is GRANTED.

It is ORDERED that Taqua, LLC is substituted for Tatara Systems, Inc., the style of the case is revised accordingly, and all prior pleadings, motions, answers,

-1-


-2-

1  and/or other filed documents in this case reflecting "Tatara Systems, Inc." shall be
2  deemed to now say "Taqua, LLC" instead.

4  **IT IS SO ORDERED.**

6  Dated: _____

7  [Signature: IT IS SO ORDERED / Judge Edward M. Chen — seal of United States District Court, Northern District of California]

9  Respectfully submitted:

10 LAWRENCE M. HADLEY (SBN 157728)
   lhadley@mckoolsmithhennigan.com
11 MCKOOL SMITH HENNIGAN, P.C.
   865 South Figueroa Street, Suite 2900
12 Los Angeles, California 90017
   Telephone:   (213) 694-1200
13 Facsimile:   (213) 694-1234

14 Attorneys for Defendant,
   TAQUA. LLC (sued herein as TATARA SYSTEMS)

16 John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
17 Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
18 Christopher A. Hohn, Bar No. 271759
   chohn@hopkinscarley.com
19 HOPKINS & CARLEY
   A Law Corporation
20 The Letitia Building
   70 S. First Street
   San Jose, CA 95113-2406

22 **mailing address:**
   P.O. Box 1469
23 San Jose, CA 95109-1469
   Telephone: (408) 286-9800
   Facsimile: (408) 998-4790

McKool Smith Hennigan, P.C.
los angeles, california