FRED I WILLIAMS (admitted *pro hac vice*)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas  78701
Telephone: 512.499.6200
Facsimile:  512.499.6290

TERESA W. GHALI (SBN 252961)
tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:      415-765-9500
Facsimile:       415-765-9510

TODD LANDIS (admitted *pro hac vice*)
tlandis@akingump.com
KELLIE M. JOHNSON  ( admitted *pro hac vice*)
kmjohnson@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone: 214.969.2800
Facsimile:  214.969.4343

Attorneys for Defendant
HTC America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | Case No. 3:12-cv-01011-EMC |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT HTC AMERICA, INC.'S TIME TO SERVE P.R. 3-4(A)DISCLOSURES |
| v. | |
| SENSUS USA, INC., ET. AL., | |
| Defendants. | Honorable Edward M. Chen |

1  WHEREAS, Plaintiff EON Corp. IP Holdings, LLC ("EON") filed this action against
2  Defendant HTC America, Inc. ("HTC") on October 22, 2010;

3  WHEREAS, under the joint case management statement filed by the parties on June 15, 2012,
4  the Defendants agreed to provide invalidity contentions (Patent L.R. 3-3) and related document
5  production (Patent L.R. 3-4) on September 7, 2012. (Dkt. No. 392 at 18:20-21);

6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
7  parties, through their undersigned counsel, that:

8  HTC will serve a substantial portion of its document production pursuant to Patent L.R. 3-4(a)
9  on September 7, 2012.  HTC's time to serve the remainder of its document production related to Patent
10 L.R. 3-4 is hereby extended to and including September 21, 2012.

12 DATED: September 5, 2012

14 REED & SCARDINO LLP                          AKIN GUMP STRAUSS HAUER & FELD LLP

16 By: /s/ Daniel R. Scardino                   By: /s/ Kellie M. Johnson
    DANIEL R. SCARDINO                              KELLIE M. JOHNSON

    Attorneys for Plaintiff                         Attorneys for Defendant
18  EON CORP. IP HOLDINGS, LLC                      HTC America, Inc.

20 IT IS SO ORDERED:

22 _____
   Edward M. Chen
23 U.S. District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (United States District Court, Northern District of California seal)

1

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.1

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of September, 2012, with a copy of this document via the Court's CM/ECF system per LR. 5.1. Any other counsel of record will be served by U.S. Mail.

                                */s/ Kellie M. Johnson*
                                KELLIE M. JOHNSON

                                Attorneys for Defendant HTC America, Inc.

## ATTESTATION CLAUSE

I, Kellie M. Johnson, hereby attest in accordance with Civil L.R. 5.1 that Daniel R. Scardino (counsel for Plaintiff EON CORP. IP HOLDINGS, LLC), provided his concurrence with the electronic filing of the foregoing document entitled **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT HTC AMERICA, INC.'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES.**

Dated: September 5, 2012                        AKIN GUMP STRAUSS HAUER & FELD LLP

                                                         By: */s/ Kellie M. Johnson*
                                                              KELLIE M. JOHNSON

                                                              Attorneys for Defendant
                                                              HTC America, Inc.

2

JOINT STIPULATION AND [PROPOSED] ORDER                                                         CASE NO. 3:12-CV-01011-EMC
EXTENDING DEFENDANT HTC AMERICA, INC.'S TIME TO
SERVE P.R. 3-4(A) DISCLOSURES

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action, my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On September 5, 2012, I served the foregoing document described as **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT HTC AMERICA, INC.'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES** on the following:

>Cabrach J. Connor
>Attorney at Law
>8911 N. Capital of Texas Highway
>Building One
>Suite 1350
>Austin, TX 78759
>
>Michael Charles Smith
>The Roth Law Firm
>115 N Wellington
>Suite 200
>Marshall, TX 75670
>
>Meredith Lee Ainbinder
>Sunstein Kann Murphy & Timbers LLP
>125 Summer Street
>Boston, MA 02110

[**X**]   BY U.S. MAIL: I enclosed the document in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2012, at San Francisco, California.

>  */s/ Teresa Ghali*
>  ATTORNEY NAME SERVING DOC

1