1  KILPATRICK TOWNSEND & STOCKTON LLP
   STEVE MOORE  (admitted *pro hac vice*)
2  CARL E. SANDERS  (admitted *pro hac vice*)
   JAMES L. HOWARD (admitted *pro hac vice*)
3  1001 West Fourth Street
   Winston-Salem, NC  27101-2400
4  Telephone:  336 607 7300; Facsimile:  336 607 7500
   E-mail:  smoore@kilpatricktownsend.com
5  E-mail:  csanders@kilpatricktownsend.com
   E-mail:  jihoward@kilpatricktownsend.com
6
   KILPATRICK TOWNSEND & STOCKTON LLP
7  JESSICA L. HANNAH (State Bar No. 261802)
   BYRON R. CHIN (State Bar No. 259846)
8  Two Embarcadero Center, 8th Floor
   San Francisco, CA 94111
9  Telephone: 415-576-0200; Facsimile: 415-576-0300
   E-mail: jhannah@kilpatricktownsend.com
10         bchin@kilpatricktownsend.com
11
   Attorneys for Defendant
12 MOTOROLA SOLUTIONS, INC.

13
                 UNITED STATES DISTRICT COURT
14
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17 | EON CORP. IP HOLDINGS, LLC, | Case No. C12-01011 EMC
18 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MOTOROLA SOLUTIONS, INC.'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES**
19 | v. |
20 | SENSUS USA INC., ET AL., |
21 | Defendants. | Hon. Edward M. Chen

22 AND RELATED COUNTERCLAIMS



JOINT STIP AND [PROPOSED] ORDER EXTENDING MSI'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES
Case No. C12-01011 EMC

1  WHEREAS, Plaintiff EON Corp. IP Holdings, LLC ("EON") filed this action against Defendant Motorola Solutions, Inc. ("MSI") on January 11, 2011;

WHEREAS, under the joint case management statement filed by the parties on June 15, 2012, the defendants in this action agreed to provide invalidity contentions (Patent L.R. 3-3) and related document production (Patent L.R. 3-4) on September 7, 2012. (Dkt. No. 392 at 18:20-21);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

MSI will serve its document production related to Patent L.R. 3-4(a) by September 21, 2012.

DATED: September 6, 2012

| REED & SCARDINO LLP | KILPATRICK, TOWNSEND & STOCKTON |
|---|---|
| By: */s/ Chad Ennis* | By: */s/ Carl E. Sanders* |
| CHAD ENNIS | CARL E. SANDERS |
| Attorneys for Plaintiff<br>EON CORP. IP HOLDINGS, LLC | Attorneys for Defendant<br>MOTOROLA SOLUTIONS, INC. |

IT IS SO ORDERED.

Date: 9/13/12

_____
Hon. Ed[ward M. Chen]

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*



JOINT STIP AND [PROPOSED] ORDER EXTENDING MSI'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES
Case No. C12-01011 EMC                                                                                         - 1 -

**ATTESTATION CLAUSE**

I, Carl E. Sanders, hereby attest in accordance with Civil L.R. 5.1 that Chad Ennis (counsel for Plaintiff EON CORP. IP HOLDINGS, LLC), provided his concurrence with the electronic filing of the foregoing document entitled **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MOTOROLA SOLUTIONS, INC.'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES.**

Dated: September 6, 2012                KILPATRICK, TOWNSEND & STOCKTON LLP


By: _____*/s/ Carl E. Sanders*_____

Attorneys for Defendant
Motorola Solutions, Inc.



- 2 - -