1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SENSUS USA, INC., ET AL.,<br><br>Defendants. | Case No. 3:12-cv-01011-EMC<br><br>**ORDER GRANTING JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MAVENIR SYSTEMS, INC.'S AND DEFENDANT SERCOMM CORPORATION'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES**<br><br>Honorable Edward M. Chen |

Plaintiff EON Corp. IP Holdings, LLC ("EON"), Defendant Mavenir Systems, Inc. ("Mavenir"), and Defendant SerComm Corporation ("Sercomm") jointly move the court for an order extending Mavenir's and SerComm's deadline to serve P.R. 3-4(A) Disclosures.

After considering the stipulation and the positions of justice, such motion is GRANTED.

IT IS ORDERED that Mavenir's and SerComm's deadline to serve P.R. 3-4(A) Disclosures is extended to and includes September 21, 2012.

1

Order Granting Joint Stipulation Extending Defendant Mavenir Systems, Inc.'s
and Defendant SerComm Corporation's Time to Serve P.R. 3-4(A) Disclosures

1  IT IS SO ORDERED.



Honorable Edward M. Chen
United States District Judge

2

Order Granting Joint Stipulation Extending Defendant Mavenir Systems, Inc.'s
and Defendant SerComm Corporation's Time to Serve P.R. 3-4(A) Disclosures