MICHAEL B. LEVIN, State Bar No. 172329
ALYSSA N. KNUTSON, State Bar No. 267107
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
Email: mlevin@wsgr.com, aknutson@wsgr.com

M. CRAIG TYLER (admitted *pro hac vice*)
BRIAN D. RANGE (admitted *pro hac vice*)
ABRAHAM DELAO (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499
Email: ctyler@wsgr.com; brange@wsgr.com; adelao@wsgr.com

Attorneys for Defendant
ARUBA NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | CASE NO.:  3:12-cv-1011-EMC |
| Plaintiff, | **JOINT STIPULATION AND (PROPOSED) ORDER EXTENDING DEFENDANT ARUBA NETWORKS, INC.'S TIME TO SERVE P.R. 3-4(a) DISCLOSURES** |
| v. | |
| SENSUS USA, INC., et al., | |
| Defendants. | Honorable Edward M. Chen |

WHEREAS, Plaintiff EON Corp. IP Holdings, LLC ("EON") filed this action against Defendant Aruba Networks, Inc. ("Aruba") on October 22, 2010.

WHEREAS, under the joint case management statement filed by the parties on June 15,

Joint Stipulation and [Proposed] Order Extending Defendant Aruba
Networks, Inc.'s Time to Serve P.R. 3-4(A) Disclosures
CASE NO: 3:12-CV-1011                                              -1-

2012, the Defendants agreed to provide invalidity contentions (Patent L.R. 3-3) and related document production (Patent L.R. 3-4) on September 7, 2012 (Dkt. No. 392 at 18:20-21);

NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

Aruba's time to serve their respective document productions related to Patent L.R. 3-4 is hereby extended to and including September 21, 2012.

Dated: September 7, 2012     WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian D. Range*

Attorneys for Defendant
ARUBA NETWORKS, INC.

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jennifer S. Coleman*

Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLP

Joint Stipulation and [Proposed] Order Extending Defendant Aruba
Networks, Inc.'s Time to Serve P.R. 3-4(A) Disclosures
CASE NO: 3:12-CV-1011     -2-

**CERTIFICATE OF SERVICE PURSUANT
TO GENERAL ORDER NO. 45**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of September, 2012, with a copy of this document via the Court's CM/ECF system per General Order No. 45.  Any other counsel of record will be served by electronic mail and/or first class mail on this same date.

*/s/ Brian D. Range*
Brian D. Range

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | ) | CASE NO.: 3:12-cv-1011-EMC |
| Plaintiff, | ) ) | **ORDER GRANTING JOINT STIPULATION AND (PROPOSED) ORDER EXTENDING DEFENDANT ARUBA NETWORKS, INC.'S TIME TO SERVE P.R. 3-4(a) DISCLOSURES** |
| v. | ) ) ) | |
| SENSUS USA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | Honorable Edward M. Chen |

Plaintiff EON Corp. IP Holdings, LLC ("EON"), Defendant Aruba Networks, Inc. ("Aruba") jointly move the court for an order extending Aruba's deadline to serve P.R. 3-4(a) Disclosures.

After considering the stipulation and the positions of justice, such motion is GRANTED.

IT IS ORDERED that Aruba's deadline to serve P.R. 3-4(a) Disclosures is extended to and includes September 21, 2012.

IT IS SO ORDERED.

_____
Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Order Granting Joint Stipulation Extending Defendant
Aruba Networks, Inc.'s Time to Serve P.R. 3-4(A) Disclosures