KILPATRICK TOWNSEND & STOCKTON LLP
STEVE MOORE  (admitted *pro hac vice*)
CARL E. SANDERS  (admitted *pro hac vice*)
JAMES L. HOWARD (admitted *pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Telephone:  336 607 7300; Facsimile:  336 607 7500
E-mail:  smoore@kilpatricktownsend.com
E-mail:  csanders@kilpatricktownsend.com
E-mail:  jihoward@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
JESSICA L. HANNAH (State Bar No. 261802)
BYRON R. CHIN (State Bar No. 259846)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: 415-576-0200; Facsimile: 415-576-0300
E-mail: jhannah@kilpatricktownsend.com
          bchin@kilpatricktownsend.com

Attorneys for Defendants
MOTOROLA MOBILITY, INC. and MOTOROLA SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SENSUS USA INC., ET AL.,<br><br>　　　　　Defendants. | Case No. C12-01011 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PARTIES' TIME TO SERVE PRIVILEGE LOGS**<br><br>Hon. Edward M. Chen |

AND RELATED COUNTERCLAIMS



JOINT STIP AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO SERVE PRIVILEGE LOGS
Case No. C12-01011 EMC

1  WHEREAS, Plaintiff EON Corp. IP Holdings, LLC ("EON") filed this action against Defendants Aruba Networks, Inc., Broadsoft, Inc., Clavister AB, Cisco Systems, Inc., Mavenir Systems, Inc., Meru Networks, Inc., SerComm Corporation, Sonus Networks, Inc., Sprint Spectrum, L.P., and Stoke, Inc. on October 22, 2010.

WHEREAS, Plaintiff EON filed its First Amended Complaint on January 11, 2011 adding Defendants Taqua, LLC, HTC America, Inc., United States Cellular Corporation, Motorola Mobility, Inc. (now known as Motorola Mobility LLC), Motorola Solutions, Inc., Kineto Wireless, Inc., and Airvana, Inc. (collectively, the "Defendants").

WHEREAS, under the joint case management statement filed by the parties on June 15, 2012, the Parties in this action agreed to provide initial privilege logs on September 17, 2012. Dkt. No. 392 at 19:15.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

The Parties will serve their respective privilege logs by May 3, 2013.

DATED: September 17, 2012

| | |
|---|---|
| By: */s/ Chad Ennis*<br>CHAD ENNIS<br>REED & SCARDINO LLP | Attorneys for Plaintiff<br>EON CORP. IP HOLDINGS, LLC |
| By: */s/ John V. Picone III*<br>JOHN V. PICONE III<br>HOPKINS & CARLEY | |
| By: */s/ Carl E. Sanders*<br>CARL E. SANDERS<br>KILPATRICK, TOWNSEND & STOCKTON | Attorneys for Defendants<br>MOTOROLA MOBILITY, INC.<br>MOTOROLA SOLUTIONS, INC. |
| By: */s/ Fred I. Williams*<br>FRED I. WILLIAMS<br>AKIN GUMP STRAUSS HAUER & FELD LLP | Attorneys for Defendant<br>HTC AMERICA, INC. |
| By: */s/ John P. Murphy*<br>JOHN P. MURPHY<br>BAKER & MCKENZIE LLP | Attorneys for Defendant<br>CLAVISTER AB |



JOINT STIP AND [PROPOSED] ORDER EXTENDING MSI'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES
Case No. C12-01011 EMC                                                                                          - 1 -

| | | |
|---|---|---|
| 1 | | |
| 2 | By: */s/ Brian Range* <br> BRIAN RANGE (admitted *pro hac vice*) <br> WILSON SONSINI GOODRICH &ROSATI | Attorneys for Defendant <br> KINETO WIRELESS, INC. |
| 3 | | Attorneys for Defendant <br> ARUBA NETWORKS, INC. |
| 4 | | |
| 5 | By: */s/ Lowell D. Mead* <br> LOWELL D. MEAD <br> COOLEY LLP | Attorneys for Defendant <br> BROADSOFT INC. |
| 6 | | |
| 7 | By: */s/ Matthew S. Yungwirth* <br> MATTHEW S. YUNGWIRTH <br> DUANE MORRIS LLP | Counsel for Defendant <br> CISCO SYSTEMS, INC. |
| 8 | | |
| 9 | | |
| 10 | By: */s/ Diana Luo* <br> DIANA LUO (SBN 233712) <br> MORRISON & FOERSTER LLP | Attorneys for Defendant <br> MERU NETWORKS, INC. |
| 11 | | |
| 12 | By: */s/ Patrick E. King* <br> PATRICK E. KING <br> SIMPSON THACHER & BARTLETT LLP | Attorneys for Defendant <br> AIRVANA LLC |
| 13 | | |
| 14 | By: */s/ Michael E. Zeliger* <br> MICHAEL E. ZELIGER <br> K&L GATES LLP | Attorneys for Defendant <br> SPRINT SPECTRUM L.P. |
| 15 | | |
| 16 | | |
| 17 | By: */s/ Gerald C. Conley* <br> GERALD C. CONLEY (admitted *pro hac vice*) <br> ANDREWS KURTH LLP | Attorneys for Defendant <br> MAVENIR SYSTEMS, INC. |
| 18 | | |
| 19 | By: */s/ Matthew S. Yungwirth* <br> Matthew S. Yungwirth <br> DUANE MORRIS LLP | Attorneys for Defendant <br> SONUS NETWORKS, INC. |
| 20 | | |
| 21 | By: */s/ Bryan K. Anderson* <br> BRYAN K. ANDERSON <br> SIDLEY AUSTIN LLP | Attorneys for Respondents <br> U.S. CELLULAR CORPORATION |
| 22 | | |
| 23 | | |
| 24 | By: */s/ Robert A. Gutkin* <br> ROBERT A. GUTKIN (SBN 119781) <br> ANDREWS KURTH LLP | Attorneys for Defendant <br> SERCOMM CORPORATION |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |



1

2  By: */s/ Johnson Kuncheria*  Attorneys for Defendant
   JOHNSON KUNCHERIA (admitted pro hac vice)  STOKE, INC.
3  BAKER BOTTS, L.L.P.

4  By: */s/ Larry Hadley*  Attorneys for Defendant
   LARRY HADLEY  TAQUA
5  MCKOOLSMITHHENNIGAN

6

7

8  IT IS SO ORDERED.

9
            September 18, 2012
10  Date:_____        _____
                                                Judge Edward M. Chen
11



JOINT STIP AND [PROPOSED] ORDER EXTENDING MSI'S TIME TO SERVE P.R. 3-4(A) DISCLOSURES
- 3 - -

## ATTESTATION CLAUSE

I, Carl E. Sanders, hereby attest in accordance with Civil L.R. 5.1 that Chad Ennis (counsel for Plaintiff EON CORP. IP HOLDINGS, LLC), provided his concurrence with the electronic filing of the foregoing document entitled **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MOTOROLA SOLUTIONS, INC. AND MOTOROLA MOBILITY LLC'S TIME TO SERVE PRIVILEGE LOGS.**

Dated: September 17, 2012          KILPATRICK, TOWNSEND & STOCKTON LLP


By: _/s/ Carl E. Sanders_

Attorneys for Defendant
Motorola Solutions, Inc.

