1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  Christopher A. Hohn, Bar No. 271759
   chohn@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:      (408) 998-4790

10 Daniel R. Scardino
   Jeffery R. Johnson
11 Cabrach J. Connor
   Chad Ennis
12 REED & SCARDINO LLP
   301 Congress Avenue, Suite 1250
13 Austin, TX 78701
   Tel. (512) 474-2449
14 Fax (512) 474-2622
   dscardino@reedscardino.com
15 jjohnson@reedscardino.com
   cconnor@reedscardino.com
16 cennis@reedscardino.com

17 Attorneys for Plaintiff
   EON CORP. IP HOLDINGS, LLC,
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  EON CORP. IP HOLDINGS, LLC, | CASE NO.  CV 12-1011 EMC |
| 23             Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PARTIES' TIME TO FILE THEIR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| 24  v. | |
| 25  SPRINT SPECTRUM, L.P.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; | |
| 26  CLAVISTER AB; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; | Hon. Edward M. Chen |
| 27  MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, | |
| 28  INC.; STOKE, INC.; TAQUA, LLC; HTC | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\955888.1
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO FILE JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT                                                            CASE NO. 3:12-CV-01011-EMC

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | AMERICA, INC.; UNITED STATES CELLULAR CORPORATION; MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC.,<br><br>    Defendants. |

6   The Parties hereby request a three-day extension of time from November 13, 2012 to

7   November 16, 2012 to file their Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3).

8   The Parties further request that the Court extend the claim construction discovery deadline (Patent.

9   L.R. 4-4) from December 6, 2012 to December 10, 2012.

10   The Parties believe the extension will enable them to discuss further the disputed claim terms

11   and promote agreement.  With the exception of these two dates, the requested extension will have no

12   other effect on the case schedule.  For these reasons, the Parties request the Court extend the Joint

13   Claim Construction and Prehearing Statement and the claim construction discovery deadlines.

14   Dated: November 13, 2012                              HOPKINS & CARLEY
                                                           A Law Corporation
15

16
                                                           By: */s/ John V. Picone III*
17                                                              John V. Picone III
                                                                Attorneys for Plaintiff
18                                                              EON CORP. IP HOLDINGS, LLC

19

20                                                         By: */s/ Fred I. Williams*
                                                           Teresa Ghali (SBN 252961)
21                                                         Email: tghali@akingump.com

22                                                         **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                                           580 California Street, Suite 1500
23                                                         San Francisco, CA 94104
                                                           Telephone: (415) 765-9500
24                                                         Facsimile: (415) 765-9510

25                                                         Fred I Williams (admitted *pro hac vice*)
                                                           Email: fwilliams@akingump.com
26                                                         **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                                           300 West 6th Street, Suite 1900
27                                                         Austin, Texas  78701
                                                           Telephone: (512) 499-6200
28                                                         Facsimile: (512) 499-6290

|   |   |
|---|---|
| 1 | |
| 2 | Todd Landis (admitted *pro hac vice*)<br>Email: tlandis@akingump.com |
| 3 | Kellie M. Johnson (admitted *pro hac vice*)<br>Email: kmjohnson@akingump.com |
|   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 4 | 1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201 |
| 5 | Telephone: (214) 969-2800<br>Facsimile: (214) 969.4343 |
| 6 | |
| 7 | Attorneys for Defendant<br>**HTC AMERICA, INC.** |
| 8 | |
| 9 | By: */s/ John P. Murphy*_____ |
| 10 | John G. Flaim, Lead Attorney<br>Texas State Bar No. 00785864 |
| 11 | Email: john.flaim@bakermckenzie.com<br>John P. Murphy |
| 12 | Texas State Bar No. 24056024<br>Email: john.p.murphy@bakermckenzie.com |
| 13 | **BAKER & MCKENZIE LLP** |
| 14 | 2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201 |
| 15 | Telephone: (214) 978-3000<br>Facsimile: (214) 978-3099 |
| 16 | Attorneys for Defendant |
| 17 | **CLAVISTER AB** |
| 18 | By: */s/ Brian Range*_____ |
| 19 | M. Craig Tyler (admitted *pro hac vice*)<br>Texas State Bar No. 00794762 |
| 20 | Email: ctyler@wsgr.com<br>Brian Range (admitted *pro hac vice*) |
| 21 | Texas State Bar No. 24033106<br>Email: brange@wsgr.com |
| 22 | Abraham DeLaO (admitted *pro hac vice*)<br>Texas State Bar No. 24064499 |
| 23 | Email: adelao@wsgr.com |
| 24 | **WILSON SONSINI GOODRICH &ROSATI**<br>Professional Corporation |
| 25 | 900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor |
| 26 | Austin, TX 78746-5546<br>Telephone: (512) 338-5400 |
| 27 | Facsimile: (512) 338-5499 |
| 28 | |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Michael B. Levin                                                |
|    | Email: mlevin@wsgr.com                                          |
| 2  | **WILSON SONSINI GOODRICH & ROSATI**                            |
|    | Professional Corporation                                        |
| 3  | 650 Page Mill Road                                              |
|    | Palo Alto, CA 94304-1050                                        |
| 4  | Telephone: (650) 493-9300                                       |
|    | Facsimile: (650) 545-5100                                       |
| 5  |                                                                 |
|    | Attorneys for Defendant                                         |
| 6  | **KINETO WIRELESS, INC.**                                       |
| 7  |                                                                 |
|    | By: */s/ Brian Range*                                           |
| 8  | M. Craig Tyler (admitted *pro hac vice*)                        |
|    | Texas State Bar No. 00794762                                    |
| 9  | Email: ctyler@wsgr.com                                          |
|    | Brian Range (admitted *pro hac vice*)                           |
| 10 | Texas State Bar No. 24033106                                    |
|    | Email: brange@wsgr.com                                          |
| 11 | Abraham DeLaO (admitted *pro hac vice*)                         |
|    | Texas State Bar No. 24064499                                    |
| 12 | Email: adelao@wsgr.com                                          |
| 13 | **WILSON SONSINI GOODRICH &ROSATI**                             |
|    | Professional Corporation                                        |
| 14 | 900 South Capital of Texas Highway                              |
|    | Las Cimas IV, Fifth Floor                                       |
| 15 | Austin, TX 78746-5546                                           |
|    | Telephone: (512) 338-5400                                       |
| 16 | Facsimile: (512) 338-5499                                       |
| 17 | Attorneys for Defendant                                         |
|    | **ARUBA NETWORKS, INC.**                                        |
| 18 |                                                                 |
| 19 | By: */s/ Lowell D. Mead*                                        |
|    | Lowell D. Mead (CA Bar No. 223989)                              |
| 20 | Email: lmead@cooley.com                                         |
| 21 | **COOLEY LLP**                                                  |
|    | Five Palo Alto Square                                           |
| 22 | 3000 El Camino Real                                             |
|    | Palo Alto, CA 94306-2155                                        |
| 23 | Telephone:  (650) 843-5000                                      |
|    | Facsimile:   (650) 857-0663                                     |
| 24 |                                                                 |
|    | Jonathan G. Graves (*pro hac vice*)                             |
| 25 | Email: jgraves@cooley.com                                       |
|    | Reston Town Center                                              |
| 26 | One Freedom Square                                              |
|    | 11951 Freedom Drive                                             |
| 27 | Reston, VA 20190-5656                                           |
|    | Telephone:   (703) 456-8000                                     |
| 28 | Facsimile:   (703) 456-8100                                     |

Attorneys for Defendant
**BROADSOFT INC.**


By: */s/ Matthew S. Yungwirth*
Matthew S. Yungwirth (admitted *pro hac vice*)
Email: msyungwirth@duanemorris.com
L. Norwood Jameson (admitted *pro hac vice*)
Email: wjameson@duanemorris.com
Alison M. Haddock (admitted *pro hac vice*)
Email: amhaddock@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email: dcdotson@duanemorris.com
Stephanie A. Hansen (admitted *pro hac vice*)
Email: sahansen@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree Street
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Richard L. Seabolt, Esq. (SBN 67469)
Email: rlseabolt@duanemorris.com

**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Counsel for Defendant
**CISCO SYSTEMS, INC.**


By: */s/ Diana Luo*
L. Scott Oliver (SBN 174824)
Email: soliver@mofo.com
Diana Luo (SBN 233712)
Email: dluo@mofo.com

**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 484-0792

Attorneys for Defendant
**MERU NETWORKS, INC.**


By:  /s/  *Patrick E. King*
Jeffrey E. Ostrow

Email: jostrow@stblaw.com
Patrick E. King
Email: pking@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

Attorneys for Defendant
**AIRVANA LLC**


By: */s/ Michael E. Zeliger*
Michael E. Zeliger (SBN 271118)
Email: michael.zeliger@klgates.com

**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone:  (650) 798-6700
Facsimile:  (650) 798-6701

John J. Cotter (*pro hac vice pending*)
Email: john.cotter@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

Attorneys for Defendants
**SPRINT SPECTRUM L.P.**


By: */s/ Gerald C. Conley*
Gerald C. Conley (admitted *pro hac vice*)
Texas State Bar No. 04664200
Email: geraldconley@andrewskurth.com
Mark A. Shoffner  (admitted *pro hac vice*)
Texas State Bar No. 24037490
Email: markshoffner@andrewskurth.com

**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone: (214) 659-4400
Facsimile:  (214) 659-4401

Ralph W. Tarr, Esq.
Email: ralphwtarr@gmail.com
24011 Alder Place
Calabasas, CA  91302-2394
(818) 591-7846 (Voice and Facsimile)

Attorneys for Defendant
**MAVENIR SYSTEMS, INC.**


By: */s/ Matthew S. Yungwirth*
Matthew S. Yungwirth (admitted *pro hac vice*)
Email: msyungwirth@duanemorris.com
L. Norwood Jameson (admitted *pro hac vice*)
Email: wjameson@duanemorris.com
Alison M. Haddock (admitted *pro hac vice*)
Email:  amhaddock@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email:  dcdotson@duanemorris.com
Stephanie A. Hansen (admitted *pro hac vice*)
Email:  sahansen@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree Street
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile:  (404) 253-6901

Richard L. Seabolt, Esq. (SBN 67469)
Email:  rlseabolt@duanemorris.com

**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

Attorneys for Defendant
**SONUS NETWORKS, INC.**


By: */s/ Carl E. Sanders*
Steve Moore (NC Bar No. . 23367)
E-mail:  smoore@kilpatricktownsend.com
Carl E. Sanders (NC Bar No. 34190)
E-mail:  csanders@kilpatricktownsend.com
James L. Howard (NC Bar No. 39769)
E-mail:  jihoward@kilpatricktownsend.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| 1  |                                                                          |
| 2  | **KILPATRICK TOWNSEND & STOCKTON LLP**<br>Jessica L. Hannah (State Bar No. 261802)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA  94111<br>Telephone:  415-576-0200<br>Facsimile:  415-576-0300<br>Email:  jhannah@kilpatricktownsend.com |

KILPATRICK TOWNSEND & STOCKTON LLP
Jessica L. Hannah (State Bar No. 261802)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Telephone:  415-576-0200
Facsimile:  415-576-0300
Email:  jhannah@kilpatricktownsend.com

Attorneys for Defendant
**MOTOROLA SOLUTIONS, INC.**


By: */s/ Lawrence M. Hadley*
Lawrence M. Hadley (SBN 157728)
Email: lhadley@mckoolsmithhennigan.com

**MCKOOL SMITH HENNIGAN, P.C.**
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorney for Defendant
**TAQUA, LLC**


By: */s/ Bryan K. Anderson*
Richard J. O'Brien
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Bryan K. Anderson
Ashish Nagdev
Email: anagdev@sidley.com
**SIDLEY AUSTIN LLP**
1001 Page Mill Road, Bldg. 1
Palo Alto, CA  94304
Telephone:          (650) 565-7000
Facsimile:  (650) 565-7100

Attorneys for Respondents
**U.S. CELLULAR CORPORATION**

By: */s/ Robert A. Gutkin*
Robert A. Gutkin (SBN 119781)
Email: robertgutkin@andrewskurth.com


**ANDREWS KURTH LLP**
1350 I Street, Suite 1100
Washington, DC 20005

Telephone: (202) 662-2700
Facsimile (202) 974-9536

Jason N. Thelen
Email: jasonthelen@andrewskurth.com
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, TX 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

Attorneys for Defendant
**SERCOMM CORPORATION**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____11/15_____, 2012       By: _____
                                              Hon. Edward Chen
                                              United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED: November 13, 2012

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC