John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

***mailing address:***
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Daniel R. Scardino
Jeffery R. Johnson
Cabrach J. Connor
Chad Ennis
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Tel. (512) 474-2449
Fax (512) 474-2622
dscardino@reedscardino.com
jjohnson@reedscardino.com
cconnor@reedscardino.com
cennis@reedscardino.com

Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br>Plaintiff,<br>v.<br>SPRINT SPECTRUM, L.P.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; STOKE, INC.; TAQUA, LLC; HTC | CASE NO. 3:12-cv-01011 EMC<br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PARTIES' TIME TO FILE DAMAGES CONTENTIONS AND/OR SCOPE OF DISCOVERY PLAN**<br>Hon. Edward M. Chen |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\958142.1
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO FILE DAMAGES CONTENTIONS AND/OR SCOPE OF DISCOVERY PLAN
CASE NO. 3:12-CV-01011-EMC

AMERICA, INC.; UNITED STATES CELLULAR CORPORATION; MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC.,

Defendants.

The Parties hereby request a one week extension of time from November 26, 2012 to December 3, 2012 to file their Damages Contentions and/or Scope of Discovery Plan pursuant to the Court's Civil Minutes dated October 26, 2012 (Dkt. 569).

The Parties believe the requested extension will enable them to further discuss the Damages Contentions and/or Scope of Discovery Plan and determine if an agreement can be reached regarding same. With the exception of this discreet issue, the requested extension will have no other effect on the case schedule. For these reasons, the Parties request the Court extend the Damages Contentions and/or Scope of Discovery Plan deadline to December 3, 2012.

Dated: November 26, 2012

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

By: */s/ Fred I. Williams*
Teresa Ghali (SBN 252961)
Email: tghali@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9510

Fred I Williams (admitted *pro hac vice*)
Email: fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Todd Landis (admitted *pro hac vice*)
Email: tlandis@akingump.com
Kellie M. Johnson (admitted *pro hac vice*)
Email: kmjohnson@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969.4343

Attorneys for Defendant
**HTC AMERICA, INC.**

By: */s/ John P. Murphy*

John G. Flaim, Lead Attorney
Texas State Bar No. 00785864
Email: john.flaim@bakermckenzie.com
John P. Murphy
Texas State Bar No. 24056024
Email: john.p.murphy@bakermckenzie.com

**BAKER & MCKENZIE LLP**
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

Attorneys for Defendant
**CLAVISTER AB**

By: */s/ Brian Range*

M. Craig Tyler (admitted *pro hac vice*)
Texas State Bar No. 00794762
Email: ctyler@wsgr.com
Brian Range (admitted *pro hac vice*)
Texas State Bar No. 24033106
Email: brange@wsgr.com
Abraham DeLaO (admitted *pro hac vice*)
Texas State Bar No. 24064499
Email: adelao@wsgr.com

**WILSON SONSINI GOODRICH &ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

Michael B. Levin
Email: mlevin@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 545-5100

Attorneys for Defendant
**KINETO WIRELESS, INC.**

By: */s/ Brian Range*

M. Craig Tyler (admitted *pro hac vice*)
Texas State Bar No. 00794762
Email: ctyler@wsgr.com
Brian Range (admitted *pro hac vice*)
Texas State Bar No. 24033106
Email: brange@wsgr.com
Abraham DeLaO (admitted *pro hac vice*)
Texas State Bar No. 24064499
Email: adelao@wsgr.com

**WILSON SONSINI GOODRICH &ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

Attorneys for Defendant
**ARUBA NETWORKS, INC.**

By: */s/ Lowell D. Mead*

Lowell D. Mead (CA Bar No. 223989)
Email: lmead@cooley.com

**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Jonathan G. Graves (*pro hac vice*)
Email: jgraves@cooley.com
Reston Town Center
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

626\958142.1
- 4 -
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO FILE DAMAGES CONTENTIONS AND/OR SCOPE OF DISCOVERY PLAN
CASE NO. 3:12-CV-01011-EMC

Attorneys for Defendant
**BROADSOFT INC.**

By: */s/ Matthew S. Yungwirth*
Matthew S. Yungwirth (admitted *pro hac vice*)
Email: msyungwirth@duanemorris.com
L. Norwood Jameson (admitted *pro hac vice*)
Email: wjameson@duanemorris.com
Alison M. Haddock (admitted *pro hac vice*)
Email: amhaddock@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email: dcdotson@duanemorris.com
Stephanie A. Hansen (admitted *pro hac vice*)
Email: sahansen@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree Street
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Richard L. Seabolt, Esq. (SBN 67469)
Email: rlseabolt@duanemorris.com

**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Counsel for Defendant
**CISCO SYSTEMS, INC.**

By: */s/ Diana Luo*
L. Scott Oliver (SBN 174824)
Email: soliver@mofo.com
Diana Luo (SBN 233712)
Email: dluo@mofo.com

**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 484-0792

Attorneys for Defendant
**MERU NETWORKS, INC.**

By: /s/ *Patrick E. King*
Jeffrey E. Ostrow

Email: jostrow@stblaw.com
Patrick E. King
Email: pking@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

Attorneys for Defendant
**AIRVANA LLC**


By: */s/ Michael E. Zeliger*
Michael E. Zeliger (SBN 271118)
Email: michael.zeliger@klgates.com

**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone:  (650) 798-6700
Facsimile:  (650) 798-6701

John J. Cotter (*pro hac vice pending*)
Email: john.cotter@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

Attorneys for Defendants
**SPRINT SPECTRUM L.P.**


By: */s/ Gerald C. Conley*
Gerald C. Conley (admitted *pro hac vice*)
Texas State Bar No. 04664200
Email: geraldconley@andrewskurth.com
Mark A. Shoffner  (admitted *pro hac vice*)
Texas State Bar No. 24037490
Email: markshoffner@andrewskurth.com

**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone: (214) 659-4400
Facsimile:  (214) 659-4401

Ralph W. Tarr, Esq.
Email: ralphwtarr@gmail.com
24011 Alder Place
Calabasas, CA 91302-2394
(818) 591-7846 (Voice and Facsimile)

Attorneys for Defendant
**MAVENIR SYSTEMS, INC.**

By: */s/ Matthew S. Yungwirth*

Matthew S. Yungwirth (admitted *pro hac vice*)
Email: msyungwirth@duanemorris.com
L. Norwood Jameson (admitted *pro hac vice*)
Email: wjameson@duanemorris.com
Alison M. Haddock (admitted *pro hac vice*)
Email: amhaddock@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email: dcdotson@duanemorris.com
Stephanie A. Hansen (admitted *pro hac vice*)
Email: sahansen@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree Street
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Richard L. Seabolt, Esq. (SBN 67469)
Email: rlseabolt@duanemorris.com

**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

Attorneys for Defendant
**SONUS NETWORKS, INC.**

By: */s/ Carl E. Sanders*

Steve Moore (NC Bar No. . 23367)
E-mail: smoore@kilpatricktownsend.com
Carl E. Sanders (NC Bar No. 34190)
E-mail: csanders@kilpatricktownsend.com
James L. Howard (NC Bar No. 39769)
E-mail: jihoward@kilpatricktownsend.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

**KILPATRICK TOWNSEND & STOCKTON LLP**
Jessica L. Hannah (State Bar No. 261802)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300
Email: jhannah@kilpatricktownsend.com

Attorneys for Defendant
**MOTOROLA SOLUTIONS, INC.**

By: */s/ Bryan K. Anderson*
Richard J. O'Brien
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Bryan K. Anderson
Ashish Nagdev
Email: anagdev@sidley.com
**SIDLEY AUSTIN LLP**
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Attorneys for Respondents
**U.S. CELLULAR CORPORATION**

By: */s/ Robert A. Gutkin*
Robert A. Gutkin (SBN 119781)
Email: robertgutkin@andrewskurth.com

**ANDREWS KURTH LLP**
1350 I Street, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile (202) 974-9536

Jason N. Thelen
Email: jasonthelen@andrewskurth.com
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, TX 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

Attorneys for Defendant
**SERCOMM CORPORATION**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/29, 2012

By: ______________________
Hon. Edward Ch[obscured]
U[obscured] Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED: November 26, 2012

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\958142.1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO FILE DAMAGES CONTENTIONS AND/OR SCOPE OF DISCOVERY PLAN CASE NO. 3:12-CV-01011-EMC