Richard L. Seabolt, Esq. (SBN 67469)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415.957.3000
Facsimile:  415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew S. Yungwirth (admitted *pro hac vice*)
David C. Dotson (admitted *pro hac vice*)
Alison M. Haddock (admitted *pro hac vice*)
Stephanie A. Hansen (admitted *pro hac vice*)
**DUANE MORRIS LLP**
Atlantic Center Plaza,
1075 Peachtree Street,
Suite 2000
Atlanta, Georgia 30309
Telephone:  404.253.6900
Facsimile:  404.253.6901

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: msyungwirth@duanemorris.com
E-Mail: dcdotson@duanemorris.com
E-Mail: amhaddock@duanemorris.com
E-Mail: sahansen@duanemorris.com

*Attorneys for Defendant Cisco Systems, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM, L.P., et al,<br><br>Defendants. | Case No.:  3:12-cv-01011-EMC<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR MATTHEW YUNGWIRTH TO APPEAR TELEPHONICALLY**<br><br>Date:      December 14, 2012<br>Time:      10:30 a.m.<br>Dept.:     5 – 17th Floor<br><br>The Honorable Edward M. Chen |

1

1  Before the Court is Matthew Yungwirth's request to appear telephonically for the Further
2  Case Management Conference set for December 14, 2012 at 10:30 a.m.  Having considered the
3  matter, the Court **GRANTS** the request.  Court to call Mr. Yungwirth between 10:30 and 11:30 a.m.
4  **IT IS SO ORDERED.**

6  Dated:   December __11__, 2012



11  DM2\3924783.1

2
[Proposed] Order Granting Request for Matthew Yungwirth to Appear Telephonically
CASE NO.: 3:12-cv-01011-EMC