1  Richard L. Seabolt, Esq. (SBN 67469)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone:  415.957.3000
4  Facsimile:  415.957.3001

5  L. Norwood Jameson (admitted *pro hac vice*)
   Matthew S. Yungwirth (admitted *pro hac vice*)
6  David C. Dotson (admitted *pro hac vice*)
   Alison M. Haddock (admitted *pro hac vice*)
7  Stephanie A. Hansen (admitted *pro hac vice*)
   **DUANE MORRIS LLP**
8  Atlantic Center Plaza,
   1075 Peachtree Street,
9  Suite 2000
   Atlanta, Georgia 30309
10 Telephone:  404.253.6900
   Facsimile:  404.253.6901
11
12 E-Mail: rlseabolt@duanemorris.com
   E-Mail: wjameson@duanemorris.com
   E-Mail: msyungwirth@duanemorris.com
13 E-Mail: dcdotson@duanemorris.com
   E-Mail: amhaddock@duanemorris.com
14 E-Mail: sahansen@duanemorris.com

15 *Attorneys for Defendant Cisco Systems, Inc.*

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20 EON CORP. IP HOLDINGS, LLC, | |
| 21           Plaintiff, | Case No.: 3:12-cv-01011-EMC |
|  | AMENDED |
| 22     v. | [P~~ROPO~~SED] ORDER GRANTING REQUEST FOR MATTHEW YUNGWIRTH TO APPEAR TELEPHONICALLY |
| 23 | |
| 24 SPRINT SPECTRUM, L.P., et al, | Date:   December 14, 2012 |
|  | Time:   10:30 a.m. |
| 25           Defendants. | Dept.:  5 – 17th Floor |
| 26 | The Honorable Edward M. Chen |

1

1  Before the Court is Matthew Yungwirth's request to appear telephonically for the Further
2  Case Management Conference set for December 14, 2012 at 10:30 a.m.  Having considered the
3  matter, the Court **GRANTS** the request.  Mr. Yungwirth is to set up conference call with court call.  See Clerk's Notice of 12/11/12 for instruction.
4  **IT IS SO ORDERED.**

6  Dated:   December __11__, 2012

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

11  DM2\3924783.1

2
[Proposed] Order Granting Request for Matthew Yungwirth to Appear Telephonically
CASE NO.: 3:12-cv-01011-EMC