UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>SENSUS USA INC., ET AL.,<br><br>         Defendants. | Case No. 3:12-CV-01011-EMC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT BROADSOFT, INC.'S REQUEST TO APPEAR BY TELEPHONE**<br><br>Hearing Date:  December 14, 2012<br>Time:   10:30 a.m.<br>Courtroom 5, 17th Floor<br>Hon. Edward M. Chen |

Before the Court is Broadsoft, Inc. counsel Jonathan G. Graves' request to appear by telephone for the Further Status Conference in the above-referenced matter on behalf of Broadsoft, Inc., on December 14, 2012 at 10:30 a.m.  Having considered the matter, the Court GRANTS the request.  Mr. Graves is directed to contact Cisco's counsel Mr. Yungwirth to include him in the conference call.

IT IS SO ORDERED.

Dated:  December 10, 2012

Respectfully submitted,

_____
Honorable
United States



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

1.

CERTIFICATE OF SERVICE
CASE NO. 3:12-CV-01011-EMC