IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDING LLC, | No. C -12-01011(EDL) |
| Plaintiff, | **ORDER SETTING BRIEFING AND HEARING SCHEDULE** |
| v. | |
| SENSUS USA INC., et al. | |
| Defendants. | |

On January 4, 2013, Judge Chen referred three additional discovery-related disputes to this Court for resolution:

1. Whether Plaintiff requires any additional discovery to comply with Judge Chen's order that it state clearly whether it intends to pursue its T-Mobile claims against Kineto;

2. Whether to grant Plaintiff's requests to take depositions and other discovery prior to Kineto's motion for summary judgment; and

3. Whether Plaintiff's infringement contentions are adequate as to the allegations of non-T-Mobile related infringement.

See Dkt. # 612.  The Court hereby Orders that Plaintiff file a brief addressing these issues by no later than Monday, January 14.  Defendants shall file an opposition by Friday, January 18, and Plaintiff may file a reply by 10:00 a.m. on Tuesday January 22.  A hearing will be held on January 29, 2013 at 11:00 a.m.

IT IS SO ORDERED.

Dated: January 7, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge