UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SENSUS USA INC., ET AL.,<br><br>Defendants. | Case No. 3:12-CV-01011-EMC<br><br>**ORDER GRANTING DEFENDANTS' REQUESTS TO APPEAR BY TELEPHONE**<br><br>Hearing Date: January 15, 2013<br>Time: 2:00 p.m.<br>Courtroom E, 15th Floor<br><br>Referred to Magistrate Judge Elizabeth D. Laporte |

Before the Court are Kineto Wireless, Inc.; Aruba Networks, Inc.; SerComm Corp.; HTC America, Inc.; Mavenir Systems, Inc.; Broadsoft, Inc.; and Sprint, Inc.'s requests to appear by telephone for the Discovery Hearing in the above-referenced matter on January 15, 2013 at 2:00 p.m. See Dkt. # 613, 614, 615, 619, 622, 624. Having considered the matter, the Court GRANTS the requests provided that the Defendants appearing by telephone either allow counsel for Cisco Systems Inc. (who will be appearing in person) to speak on their behalf or have local counsel knowledgeable about the issues and with authority to reach compromises if appropriate present in court to speak on their behalf. The Court does not have the capability to accept multiple

incoming calls from parties appearing by telephone. Therefore, all parties appearing by phone shall arrange a conference call among themselves and then call the Courtroom at 415-522-2167 on a single telephone line by no later than 2:00 p.m. on January 15. If the Court finds that the absence of any party is interfering with the hearing, the Court may continue the hearing and order personal attendance.

**IT IS SO ORDERED.**

Dated: _____January 10, 2012_____

_____
Magistrate Judge Elizabeth D. Laporte
United States District Court