UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARUBA NETWORKS INC, et al.,<br><br>Defendants. | Case No.  12-cv-01011-JST<br><br>**MINUTE ORDER RE JOINT MOTION TO DISMISS KINETO WIRLESS, INC. WITH PREJUDICE**<br><br>Re: Dkt. No. 642 |

EON Corp. IP Holdings, LLC ("EON") and Kineto Wireless, Inc. ("Kineto") have advised the Court that they have agreed to a settlement of this cause, and have jointly moved the Court to dismiss with prejudice all claims and counterclaims asserted by and between those parties only. The Court construes the motion as notice by EON and Kineto that they are voluntarily dismissing their claims and counterclaims with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, no action by the Court is required on the motion.  All claims and counterclaims between EON and Kineto have been dismissed with prejudice.  The Clerk is directed to terminate Kineto as a party in this case.

Dated: February 14, 2013

Jon S. Tigar
United States District Judge