UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARUBA NETWORKS INC, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-01011-JST<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFINGS**<br><br>Re: Dkt. No.: 648. |

　　　　Before the Court is a stipulated request by Plaintiff and Defendants to extend by five pages the page limits for Defendant's Responsive Claims Construction Brief and Plaintiff's reply to that Brief.  Dkt. No. 648.  This request was filed the day *after* Defendants filed a brief that exceeded the applicable limits.  Dkt. No. 645.

　　　　The request is granted.  However, the Court discourages the parties from waiting until after a deadline has passed — or until very close to a deadline — to seek relief from court rules.  Similar requests under similar circumstances will be denied in the future.

　　　　**IT IS SO ORDERED**.

Dated: February 28, 2013

_____
Jon S. Tigar
United States District Judge