John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Daniel R. Scardino
Cabrach J. Connor
Chad Ennis
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Telephone:	(512) 474-2449
Facsimile:	(512) 474-2622
dscardino@reedscardino.com
cconnor@reedscardino.com
cennis@reedscardino.com

Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SPRINT SPECTRUM, L.P.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; STOKE, INC.; TAQUA, LLC; HTC AMERICA, INC.; UNITED STATES CELLULAR CORPORATION; | CASE NO.  3:12-cv-01011-JST (EDL)<br><br>**STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR EON TO FILE A RESPONSE TO SERCOMM'S NOTICE OF MOTION AND MOTION TO:**<br><br>1) **COMPEL INFRINGEMENT CONTENTIONS THAT COMPLY WITH PATENT L.R. 3-1; AND**<br><br>2) **FOR A PROTECTIVE ORDER TO STAY OR LIMIT CERTAIN DISCOVERY** |

| | |
|---|---|
| MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC.,<br><br>Defendants. | Date: June 4, 2013<br>Time: 9:00 AM<br>Location: Courtroom E, 15th Floor<br><br>Discovery Matters Referred to United States Magistrate Judge Elizabeth D. Laporte |

Plaintiff EON Corp. IP Holdings, LLC ("EON") hereby requests and Defendant SerComm Corporation ("SerComm") agrees to a ten (10) day extension of time for EON to file a response to SerComm's Notice of Motion and Motion to:

1)  An Order compelling EON to provide infringement contentions that comply with patent L.R. 3-1; and,

2)  A Protective Order to stay or limit certain discovery.

On April 8, 2013, EON filed a Motion for Extension of Time (Dkt. No. 674) for EON to respond to SerComm's Motion. On April 18, EON filed a Stipulated Request for Extension of Time. (Dkt. No. 677). Since then, the parties reached a tentative agreement regarding the above issues and expect to finalize the agreement in the next several days. Therefore, the motion will likely be mooted prior to any necessary hearing. The requested extension for time will move the Response due date to May 13, and the Reply due date to May 20, 2013. The motion is currently set for hearing on June 4, 2013. The parties request that the hearing be continued. In the event that the parties are unable to reach a resolution, the parties agree to reschedule a hearing date at the Court's earliest convenience.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    The extension will affect no other date or deadline in this case.  For the foregoing reasons,

2    EON requests and SerComm does not oppose that the Court grant the request and extend the

3    deadline for EON to file its response to SerComm's Motions.

4    Dated: May 2, 2013                         HOPKINS & CARLEY
                                                A Law Corporation

7                                               By: */s/ John V. Picone III*
                                                    John V. Picone III
                                                    Attorneys for Plaintiff
8                                                   EON CORP. IP HOLDINGS, LLC

10   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12   Dated: __May 6_____, 2013

*IT IS SO ORDERED*

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

28