Richard L. Seabolt, Esq. (SBN 67469)
rlseabolt@duanemorris.com
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957 3001

Matthew S. Yungwirth (admitted *pro hac vice*)
msyungwirth@duanemorris.com
L. Norwood Jameson (admitted *pro hac vice*)
amhaddockwjameson@duanemorris.com
Alison M. Haddock (admitted *pro hac vice*)
dcdotson@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
sahansen@duanemorris.com
Stephanie A. Hansen(admitted *pro hac vice*)
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Ste. 2000
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SENSUS USA, INC., ET AL.,<br><br>Defendants. | Case No. 3:12-cv-01011-JST<br><br>**JOINT MOTION AND [PROPOSED] ORDER FOR BRINGING EQUIPMENT INTO COURTROOM**<br><br>Date:        May 10, 2013<br>Time:        10:00 a.m.<br>Courtroom: 9<br>Judge:       Hon. Jon S. Tigar |

Plaintiff EON Corp. IP Holdings, LLC ("EON") and Defendants Aruba Networks, Inc. ("Aruba"), BroadSoft, Inc. ("BroadSoft"), Cisco Systems, Inc. ("Cisco"), Mavenir Systems, Inc.

**Joint Motion and [Proposed] Order For Bringing Equipment Into Courtroom, 3:12-cv-01011-JST**

("Mavenir"), Meru Networks, Inc. ("Meru"), SerComm Corporation ("SerComm"), Sonus Networks, Inc. ("Sonus"), Sprint Spectrum, L.P. ("Sprint"), HTC America, Inc. ("HTC"), United States Cellular Corporation ("U.S. Cellular"), Motorola Mobility LLC ("MML"), and Motorola Solutions, Inc. ("Motorola Solutions") (collectively, the "Defendants") move the Court as follows:

WHEREAS, this Court has set a Claim Construction Hearing for 10:00 a.m. on May 10, 2013 in this matter (*see* Docket Nos. 664 and 690);

WHEREAS, the Parties intend to give oral presentations at the May 10, 2013 hearing to aid the Court's understanding of their proposed constructions;

WHEREAS, in order for the Parties to give their oral presentations, the Parties require certain technical equipment, including the following:

    A.    Projector (1);
    B.    Projector Screen (1);
    C.    Projector Bulb (1);
    D.    Projector stands (25" x 17") w/skirt (2);
    E.    Laptop Computers (up to 10);
    F.    Laptop Stand (1);
    G.    Document Camera (ELMO) (1);
    H.    Miscellaneous A/V cabling;
    I.    VGA Distribution Amp (3);
    J.    Switches (4);
    K.    Tech Tables (2); and
    L.    Cart(s) for transporting equipment.

WHEREAS the Parties are coordinating and will share the presentation equipment;

NOW THEREFORE, the Parties respectfully request permission to bring the equipment described above into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, 94102, and to possess and use that equipment in Courtroom 9 during

the Claim Construction Technical Tutorial. The Parties further request the Court's permission, including permission for their equipment vendor Resonant Legal Media and Samir Patel, Pramel Patel, Edward Mauricio, and Mehul Mistry from ABC Tech rentals, to use the courthouse's loading docks for purposes of transporting the equipment, and access to Courtroom 9 to set up the electronic devices on Thursday May 9, 2013, at 10:00 a.m., to facilitate the timely and orderly conduct of the hearing. The contact information for ABC Tech Rentals is: (510) 887-8707 (phone) and (510) 252-1199 (fax). The contact information for Resonant Legal Media is: (415) 823-4895 (phone) and (888) 781-3591 (fax).

Dated: May 7, 2013              Respectfully submitted,

**DUANE MORRIS LLP**

By: /s/ *Alison M. Haddock*
Matthew S. Yungwirth (admitted *pro hac vice*)
msyungwirth@duanemorris.com
L. Norwood Jameson (admitted *pro hac vice*)
amhaddockwjameson@duanemorris.com
Alison M. Haddock (admitted *pro hac vice*)
dcdotson@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
sahansen@duanemorris.com
Stephanie A. Hansen(admitted *pro hac vice*)
msyungwirth@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Richard L. Seabolt, Esq. (SBN 67469)
rlseabolt@duanemorris.com
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957 3001
**COUNSEL FOR DEFENDANT
CISCO SYSTEMS, INC.**

|    |    |
|----|----|
| 1  | **HOPKINS & CARLEY** |
| 2  | A Law Corporation |
| 3  | By: /s/ *John V. Picone III* |
|    | John V. Picone III (SBN 187226) |
| 4  | jpivonr@hopkinscarley.com |
|    | Jennifer S. Coleman (SBN 213210) |
| 5  | jcoleman@hopkinscarley.com |
|    | Christopher A. Hohn (SBN 271759) |
| 6  | chohn@hopkinscarley.com |
| 7  | The Letitia Building |
|    | 70 S. First Street |
| 8  | San Jose, CA 95113-2406 |
|    | Telephone: (408) 286-9800 |
| 9  | Facsimile: (408) 998-4790 |
| 10 | **REED & SCARDINO LLP** |
| 11 | By: /s/ Daniel R. Scardino |
| 12 | Daniel R. Scardino |
|    | dscardino@reedscardino.com |
| 13 | Jeffery R. Johnson |
|    | jjohnson@reedscardino.com |
| 14 | Cabrach J. Connor |
| 15 | cconnor@reedscardino.com |
|    | Chad Ennis |
| 16 | cennis@reedscardino.com |
|    | 301 Congress Avenue, Suite 1250 |
| 17 | Austin, Texas 78701 |
|    | Telephone: (512) 474-2449 |
| 18 | Facsimile: (512) 474-2622 |
| 19 | **ATTORNEYS FOR PLAINTIFF** |
|    | **EON CORP. IP HOLDINGS, LLC** |
| 20 | |
| 21 | **ANDREWS KURTH LLP** |
| 22 | |
|    | By: /S/ *Gerald C. Conley* |
| 23 | Gerald C. Conley (admitted *pro hac vice*) |
|    | geraldconley@andrewskurth.com |
| 24 | Mark A. Shoffner (admitted *pro hac vice)* |
|    | markshoffner@andrewskurth.com |
| 25 | 1717 Main Street, Suite 3700 |
| 26 | Dallas, Texas 75201 |
|    | Telephone: 214-659-4400 |
| 27 | Facsimile: 214-659-4401 |
| 28 | |

| | |
|---|---|
| 1 | Ralph W. Tarr, Esq. |
| 2 | 24011 Alder Place |
| | Calabasas, CA 91302-2394 |
| 3 | (818) 591-7846 (Voice and Facsimile) |
| | ralphwtarr@gmail.com |
| 4 | **ATTORNEYS FOR DEFENDANT** |
| 5 | **MAVENIR SYSTEMS, INC.** |

**ANDREWS KURTH LLP**

By: /S/ *Robert A. Gutkin*
Robert A. Gutkin (SBN 119781)
robertgutkin@andrewskurth.com
1350 I Street, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (292) 974-9536

Jason N. Thelen
jasonthelen@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: 214-659-4400
Facsimile: 214-659-4401
**ATTORNEYS FOR DEFENDANT**
**SERCOMM CORPORATION**

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Fred I. Williams*
Fred I. Williams
fwilliams@akingump.com
Teresa Ghali
State Bar No. 252961
eghali@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9510

Fred I. Williams (*admitted pro hac vice*)
fwilliams@akingump.com
300 West 6th Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

5
**Joint Motion and [Proposed] Order For Bringing Equipment Into Courtroom, 3:12-cv-01011-JST**

| | |
|---|---|
| 1 | Todd Landis (*admitted pro hac vice*) |
| 2 | tlandis@akingump.com |
| | Kellie M. Johnson (*admitted pro hac vice*) |
| 3 | kmjohnson@akingump.com |
| | 1700 Pacific Avenue, Suite 4100 |
| 4 | Dallas, Texas 75201 |
| | Telephone: (214) 969-2800 |
| 5 | Facsimile: (214) 969-4343 |
| | **ATTORNEYS FOR DEFENDANT** |
| 6 | **HTC AMERICA, INC.** |

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: /s/ *Brian Range*
M. Craig Tyler (*admitted pro hac vice*)
Texas State Bar No. 00794762
ctyler@wsgr.com
Brian Range (*admitted pro hac vice*)
Texas State Bar No. 24033106
brange@wsgr.com
Abraham DeLaO (*admitted pro hac vice*)
Texas State Bar No. 24064499
adelao@wsgr.com
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499
**ATTORNEYS FOR DEFENDANT**
**ARUBA NETWORKS, INC.**

**COOLEY LLP**
By: /S/ *Lowell D. Mead*
Lowell D. Mead (CA Bar No. 223989)
lmead@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jonathan G. Graves (*pro hac vice*)
jgraves@cooley.com
Reston Town Center
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703)456-8100
**ATTORNEYS FOR DEFENDANT BROADSOFT INC.**

**MORRISON & FOERSTER LLP**

By: /s/ *Diana Luo*
L. Scott Oliver (SBN 174824)
soliver@mofo.com
Diana Luo (SBN 233712)
dluo@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 484-0792
**ATTORNEYS FOR DEFENDANT MERU NETWORKS, INC.**

7

**Joint Motion and [Proposed] Order For Bringing Equipment Into Courtroom, 3:12-cv-01011-JST**

| | |
|---|---|
| 1 | **K&L GATES LLP** |
| 2 | By: /s/ *Michael E. Zeliger* |
| 3 | Michael E. Zeliger (SBN 271118)<br>michael.zeliger@klgates.com |
| 4 | 630 Hansen Way<br>Palo Alto, CA 94304 |
| 5 | Telephone: (650) 798-6700<br>Facsimile: (650) 798-6701 |
| 6 | |
| 7 | John J. Cotter (*pro hac vice pending*)<br>john.cotter@klgates.com |
| 8 | State Street Financial Center<br>One Lincoln Street |
| 9 | Boston, MA 02111-2950<br>Telephone: (617) 261-3100 |
| 10 | Facsimile: (617) 261-3175 |
| 11 | **ATTORNEYS FOR DEFENDANT**<br>**SPRINT SPECTRUM L.P.** |
| 12 | |
| 13 | **DUANE MORRIS LLP** |
| 14 | By: /s/ *Matthew S. Yungwirth*<br>Matthew S. Yungwirth (admitted *pro hac vice*) |
| 15 | wjameson@duanemorris.com<br>L. Norwood Jameson (admitted *pro hac vice*) |
| 16 | amhaddock@duanemorris.com<br>Alison M. Haddock (admitted *pro hac vice*) |
| 17 | dcdotson@duanemorris.com<br>David C. Dotson (admitted *pro hac vice*) |
| 18 | sahansen@duanemorris.com<br>Stephanie A. Hansen(admitted *pro hac vice*) |
| 19 | msyungwirth@duanemorris.com |
| 20 | 1075 Peachtree Street, Ste. 2000<br>Atlanta, GA 30309 |
| 21 | Telephone: (404) 253-6900<br>Facsimile: (404) 253-6901 |
| 22 | |
| 23 | Richard L. Seabolt, Esq. (SBN 67469)<br>rlseabolt@duanemorris.com |
| 24 | One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104 |
| 25 | Telephone: (415) 957-3000 |
| 26 | Facsimile: (415) 957 3001<br>**COUNSEL FOR DEFENDANT** |
| 27 | **SONUS NETWORKS, INC.** |
| 28 | |

8
**Joint Motion and [Proposed] Order For Bringing Equipment Into Courtroom, 3:12-cv-01011-JST**

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ *Carl E. Sanders*
Steve Moore (NC Bar No. 23367)
smoore@kilpatricktownsend.com
Carl E. Sanders (NC Bar No. 34190)
csanders@kilpatricktownsend.com
James L. Howard (NC Bar No. 39769)
jihoward@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

Jessica L. Hannah (State Bar No. 261802)
jhannah@kilpatricktownsend.com
Byron Chin (State Bar No. 259846)
bchin@kilpatricktownsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
**ATTORNEYS FOR DEFENDANTS
MOTOROLA SOLUTIONS, INC. and
MOTOROLA MOBILITY LLC**


**SIDLEY AUSTIN LLP**

By: /s/ *Bryan K. Anderson*
Richard J. O'Brien
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Bryan K. Anderson
Ashish Magdev
anagdev@sidley.com
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
**ATTORNEYS FOR RESPONDENTS
U.S. CELLULAR CORPORATION**

9

**Joint Motion and [Proposed] Order For Bringing Equipment Into Courtroom, 3:12-cv-01011-JST**

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X,
RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 7th day of May, 2013, at Atlanta, Georgia.

*/s/ Alison M. Haddock*
Alison M. Haddock

**IT IS SO ORDERED.**

Date Entered: May 8, 2013



IT IS SO ORDERED
Judge Jon S. Tigar