UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARUBA NETWORKS INC, et al.,<br><br>    Defendants. | Case No. 12-cv-01011-JST<br><br>**MINUTE ORDER NOTING DISMISSAL OF CLAIMS AGAINST MAVENIR SYSTEMS, INC.**<br><br>Re: ECF No. 744 |

Plaintiff EON Corp. IP Holdings LLC has filed a stipulation of dismissal dated July 2, 2013, stating that it has agreed to settle all claims between Plaintiff and Defendant Mavenir Systems, Inc. ("Mavenir") only. ECF No. 744. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiff and Defendant Mavenir have been dismissed with prejudice. The Clerk is directed to terminate Mavenir as a party in this case. This order terminates the motion at ECF No. 744.

**IT IS SO ORDERED**.

Dated: July 8, 2013

                                              JON S. TIGAR<br>
                                        United States District Judge