IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDING LLC, | No. C -12-01011 JST (EDL) |
| Plaintiff, | **ORDER RE HTC AMERICA'S OPPOSITION TO MOTION TO SHORTEN TIME** |
| v. | |
| SPRINT SPECTRUM, L.P., et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Order Shortening Time on Hearing for Plaintiff's Motion to Compel 30(b)(6) Deposition of Defendant HTC America, Inc. (Dkt. 805). Pursuant to Local Rule 6-3, the Court orders that Defendant HTC America's opposition to Plaintiff's motion to shorten time is due no later than October 28, 2013, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: October 25, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge