UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARUBA NETWORKS INC, et al.,<br><br>    Defendants. | Case No.  12-cv-01011-JST<br><br>**ORDER INVITING OPPOSITION BRIEF TO EON'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OR CLARIFICATION**<br><br>Re: ECF No. 783 |

The Court is in receipt of EON's Motion for Leave to File a Motion for Reconsideration and Clarification of the Court's *Markman* order. ECF No. 783. Pursuant to Civil Local Rule 7-9(d), the Court hereby requests that Defendants file, within seven days of this order, any opposition or other response to EON's motion for leave to file a motion for reconsideration. If Defendants agree that the Court should consider clarifying or reconsidering any aspect of the Court's *Markman* order, Defendants are encouraged to identify the specific aspects warranting clarification or reconsideration.

**IT IS SO ORDERED.**

Dated:  November 1, 2013



JON S. TIGAR
United States District Judge