SAN JOSE
THE LETITIA BUILDING
70 S FIRST STREET
SAN JOSE CA 95113-2406
T 408.286.9800
F 408.998.4790

PALO ALTO
200 PAGE MILL ROAD
SUITE 200
PALO ALTO CA 94306-2062
T 650.804.7600
F 650.804.7630



# HOPKINS & CARLEY
A LAW CORPORATION

MAILING ADDRESS
PO BOX 1469
SAN JOSE CA 95109-1469
hopkinscarley.com

November 13, 2013

JOHN V. PICONE III
jpicone@hopkinscarley.com
408-299-1388
Fax 408-938-6219

*Via Electronic Filing*

Magistrate Judge Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G – 15th Floor
San Francisco, CA 94102

Re: *EON Corp. IP Holdings, LLC v. Sprint Spectrum, L.P., et al.*
U.S. District Court Case No. 3:12-cv-01011-JST

Dear Judge Spero:

I represent the plaintiff, EON Corp. IP Holdings LLC ("EON") and I am writing on behalf of EON and defendants U.S. Cellular and Sonus. I am writing this letter in reference to the Court's Notice of Settlement Conference and Settlement Conference Order (Dkt. No. 826) ("Order"). The parties have successfully scheduled face-to-face meetings in conformance with the Order with two exceptions. EON and defendants U.S. Cellular and Sonus have not been able to schedule a face-to-face meeting due to several factors, including travel and work schedules of the principals and the number of depositions scheduled by all the parties to accommodate the close of fact discovery on November 20, 2013.

EON, U.S. Cellular and Sonus jointly seek leave from the Court to conduct the required settlement meet and confer by telephone, or video conference, by November 25. Alternatively, EON, U.S. Cellular and Sonus request that the Court allow a face-to-face meet and confer to occur sometime after November 25, but before the settlement conference scheduled for December 5.

IT IS HEREBY ORDERED THAT the parties may meet and confer by video conference, by 11/25/13.
Dated: 11/14/13.

Very truly yours,

HOPKINS & CARLEY
A Law Corporation

John V. Picone III

IT IS SO ORDERED
Judge Joseph C. Spero

JVP/dlh

cc: Bryan K. Anderson (Counsel for U.S. Cellular) via e-mail
 Matthew S. Yungwirth (Counsel for Sonus) via e-email

614\1053806.1

Palo Alto  San Jose  Burbank