**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDING LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SPRINT SPECTRUM, L.P., et al.,<br><br>    Defendants.<br>_____/ | No. C -12-01011 JST (EDL)<br><br>**ORDER RE PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME ON HEARING FOR PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION** |

    Plaintiff moves for an Order Shortening Time on Hearing for Plaintiff's Motion to Compel Defendant Sprint Spectrum, L.P., to Produce Documents and Things. (Dkt. 856). Plaintiff proposes that Sprint's opposition to Plaintiff's motion to compel be due November 21, 2013, Plaintiff's reply be due November 22, 2013, and that the Court hold a hearing on November 26, 2013. Sprint opposes Plaintiff's motion to shorten time.

    Plaintiff's lack of diligence does not justify its proposed highly expedited schedule. Plaintiff's motion to compel involves document requests served as early as June 1, 2012, and no later than April 29, 2013, and Plaintiff has known of Sprint's objections for months. Moreover, the scheduling order gives the parties until November 26, 2013, to file motions related to fact discovery.

    In light of the Thanksgiving holidays, the Court orders that Sprint's opposition to Plaintiff's motion to compel is due no later than November 26, 2013, Plaintiff's reply is due December 3, 2013, and the Court will hold a hearing if necessary at 9:00 a.m. on December 17, 2013.

**IT IS SO ORDERED.**

Dated: November 19, 2013



ELIZABETH D. LAPORTE
United States Magistrate Judge