SAN JOSE
THE LETITIA BUILDING
70 S FIRST STREET
SAN JOSE CA 95113-2406
T 408.286.9800
F 408.998.4790

PALO ALTO
200 PAGE MILL ROAD
SUITE 200
PALO ALTO CA 94306-2062
T 650.804.7600
F 650.804.7630

MAILING ADDRESS
PO BOX 1469
SAN JOSE CA 95109-1469
hopkinscarley.com



# HOPKINS & CARLEY
A LAW CORPORATION

November 19, 2013

JOHN V. PICONE III
jpicone@hopkinscarley.com
408-299-1388
Fax 408-938-6219

*Via Electronic Filing*

Magistrate Judge Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G – 15th Floor
San Francisco, CA 94102

      Re:    *EON Corp. IP Holdings, LLC v. Sprint Spectrum, L.P., et al.*
             *U.S. District Court Case No. 3:12-cv-01011-JST*

Dear Judge Spero:

      I represent the plaintiff, EON Corp. IP Holdings LLC ("EON") and I am writing on behalf of EON and Defendant Motorola Solutions, Inc. ("Motorola Solutions"). I am writing this letter in reference to the Court's Notice of Settlement Conference and Settlement Conference Order (Dkt. No. 826) ("Order"). The parties have successfully conducted face-to-face meetings in conformance with the Order with Cisco Systems, Inc., Motorola Mobility LLC., Meru Networks, Inc. (settled), HTC America, Inc., and Sprint Spectrum, L.P. Your Honor approved (Dkt. No. 855) the parties' request to conduct certain meetings by video conference with United States Cellular Corporation and Sonus Networks, Inc., which are currently being scheduled and are anticipated to occur this week.

      EON and Motorola Solutions had tentatively scheduled an in-person meeting at Kilpatrick Townsend & Stockton LLP's New York offices for November 25; however, due to several factors, including travel and work schedules of the principals and modification of the existing deposition schedule, EON is now unable to attend the meeting in New York in-person. Motorola Solutions has been unavailable for an in person meeting outside of New York.

Magistrate Judge Joseph C. Spero
November 19, 2013
Page 2


Therefore, EON and Motorola Solutions jointly seek leave from the Court to conduct the required settlement meet and confer by telephone, or video conference, by November 25. Alternatively, EON and Motorola Solutions request that the Court allow a face-to-face meet and confer to occur sometime after November 25, but before the settlement conference scheduled for December 5.

Very truly yours,

HOPKINS & CARLEY
A Law Corporation

John V. Picone III

JVP/lb

cc: Steven D. Moore (Counsel for Motorola Solutions) via e-mail


IT IS HEREBY ORDERED that EON and Motorola Solutions meet face-to-face sometime after November 25, but before the scheduled settlement conference.
Dated: 11/19/13



614\1054887.2