John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790

Daniel R. Scardino
Chad Ennis
Nicholas Wyss
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Telephone:  (512) 474-2449
Facsimile:  (512) 474-2622
dscardino@reedscardino.com
cennis@reedscardino.com
nwyss@reedscardino.com

Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPRINT SPECTRUM, L.P.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; STOKE, INC.; TAQUA, LLC; HTC AMERICA, INC.; UNITED STATES CELLULAR CORPORATION; | CASE NO.  3:12-cv-01011-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT REPORTS**<br><br>Judge:    Hon. Jon S. Tigar |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1054782.4
STIPULATED REQUEST AND PROPOSED ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT
REPORTS                                                                                                                                                                       3:12-CV-01011-JST

| | |
|---|---|
| 1<br>2<br>3<br>4 | MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC.,<br><br>　　　　　　　　Defendants. |

5　　　　　Plaintiff EON Corp. IP Holdings, LLC ("EON") requests an extension of time for the

6 close of fact discovery by two (2) days to November 22, 2013, an extension for the deadline for

7 designation of opening experts with reports by five (5) days to December 11, 2013, and an

8 extension for the deadline for designation of rebuttal experts with reports by five (5) days to

9 January 20, 2014. The extensions will affect no other date or deadline in this case.

10　　　　　WHEREAS EON contacted Defendants Cisco Systems, Inc. ("Cisco"), SerComm

11 Corporation ("SerComm"), Sonus Networks, Inc. ("Sonus"), Sprint Spectrum, L.P. ("Sprint"),

12 HTC America, Inc. ("HTC"), United States Cellular Corporation ("U.S. Cellular"), Motorola

13 Mobility LLC ("Motorola Mobility"), and Motorola Solutions, Inc. ("Motorola Solutions")

14 (collectively, the "Defendants") and requested that the fact discovery deadline be extended by

15 two (2) days and the deadlines regarding expert reports be extended by five (5) days;

16　　　　　WHEREAS the Defendants did not oppose the relief requested by EON and agreed that

17 EON could file the instant stipulation;

18　　　　　WHEREAS fact discovery in this matter is currently set to close on November 20, 2013

19 (Dkt. No. 754);

20　　　　　WHEREAS the deadline for designation of opening experts with reports is currently set

21 for December 6, 2013 (Dkt. No. 754);

22　　　　　WHEREAS the deadline for designation of rebuttal experts with reports is currently set

23 for January 15, 2014 (Dkt. No. 754);

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1054782.4　　　　　　　　　　　　　　　　　　- 2 -
STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT
REPORTS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3:12-CV-01011-JST

1   THEREFORE, the parties hereby agree and stipulate that, subject to the Court's approval,

2   the close of fact discovery is extended to November 22, 2013, the deadline for opening expert

3   reports is extended to December 11, 2013, and the deadline for rebuttal expert reports is extended

4   to January 20, 2013.

5   Dated: November 18, 2013                              HOPKINS & CARLEY
                                                          A Law Corporation

                                                          By:*/s/ John V. Picone III*
                                                          John V. Picone III
                                                          Attorneys for Plaintiff
                                                          EON CORP. IP HOLDINGS, LLC

                                                          By: */s/ Fred I. Williams*
                                                          Teresa Ghali (SBN 252961)
                                                          Email: tghali@akingump.com

                                                          **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                                          580 California Street, Suite 1500
                                                          San Francisco, CA 94104
                                                          Telephone: (415) 765-9500
                                                          Facsimile: (415) 765-9510

                                                          Fred I Williams (admitted *pro hac vice*)
                                                          Email: fwilliams@akingump.com
                                                          **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                                          300 West 6th Street, Suite 1900
                                                          Austin, Texas  78701
                                                          Telephone: (512) 499-6200
                                                          Facsimile: (512) 499-6290

                                                          Todd Landis (admitted *pro hac vice*)
                                                          Email: tlandis@akingump.com
                                                          Kellie M. Johnson (admitted *pro hac vice*)
                                                          Email: kmjohnson@akingump.com
                                                          **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                                          1700 Pacific Avenue, Suite 4100
                                                          Dallas, Texas  75201
                                                          Telephone: (214) 969-2800
                                                          Facsimile: (214) 969.4343

                                                          Attorneys for Defendant
                                                          **HTC AMERICA, INC.**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1054782.4                                    - 3 -
STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT
REPORTS                                                                              3:12-CV-01011-JST

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Matthew S. Yungwirth*<br>Matthew S. Yungwirth (admitted *pro hac vice*)<br>Email: msyungwirth@duanemorris.com |
| 3 | L. Norwood Jameson (admitted *pro hac vice*)<br>Email: wjameson@duanemorris.com |
| 4 | Alison M. Haddock (admitted *pro hac vice*)<br>Email: amhaddock@duanemorris.com |
| 5 | David C. Dotson (admitted *pro hac vice*)<br>Email: dcdotson@duanemorris.com |
| 6 | Stephanie A. Hansen (admitted *pro hac vice*)<br>Email: sahansen@duanemorris.com |

**DUANE MORRIS LLP**
1075 Peachtree Street
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Richard L. Seabolt, Esq. (SBN 67469)
Email: rlseabolt@duanemorris.com

**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Counsel for Defendant
**CISCO SYSTEMS, INC.**


By: */s/ Michael E. Zeliger*
Michael E. Zeliger (SBN 271118)
Email: michael.zeliger@klgates.com

**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

John J. Cotter (*pro hac vice pending*)
Email: john.cotter@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant
**SPRINT SPECTRUM L.P.**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1054782.4 - 4 -
STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT REPORTS
3:12-CV-01011-JST

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Matthew S. Yungwirth* |
| | Matthew S. Yungwirth (admitted *pro hac vice*) |
| 3 | Email: msyungwirth@duanemorris.com |
| | L. Norwood Jameson (admitted *pro hac vice*) |
| 4 | Email: wjameson@duanemorris.com |
| | Alison M. Haddock (admitted *pro hac vice*) |
| 5 | Email: amhaddock@duanemorris.com |
| | David C. Dotson (admitted *pro hac vice*) |
| 6 | Email: dcdotson@duanemorris.com |
| | Stephanie A. Hansen (admitted *pro hac vice*) |
| 7 | Email: sahansen@duanemorris.com |
| 8 | **DUANE MORRIS LLP** |
| | 1075 Peachtree Street |
| 9 | Suite 2000 |
| | Atlanta, Georgia 30309 |
| 10 | Telephone: (404) 253-6900 |
| | Facsimile: (404) 253-6901 |
| 11 | |
| | Richard L. Seabolt, Esq. (SBN 67469) |
| 12 | Email: rlseabolt@duanemorris.com |
| 13 | **DUANE MORRIS LLP** |
| | One Market, Spear Tower, Suite 2000 |
| 14 | San Francisco, CA 94105-1104 |
| | Telephone: (415) 957-3000 |
| 15 | Facsimile: (415) 957-3001 |
| 16 | Attorneys for Defendant |
| | **SONUS NETWORKS, INC.** |
| 17 | |
| 18 | By: */s/ Carl E. Sanders* |
| | Steve Moore (NC Bar No. . 23367) |
| 19 | E-mail: smoore@kilpatricktownsend.com |
| | Carl E. Sanders (NC Bar No. 34190) |
| 20 | E-mail: csanders@kilpatricktownsend.com |
| | James L. Howard (NC Bar No. 39769) |
| 21 | E-mail: jihoward@kilpatricktownsend.com |
| 22 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| | 1001 West Fourth Street |
| 23 | Winston-Salem, NC 27101-2400 |
| | Telephone: (336) 607-7300 |
| 24 | Facsimile: (336) 607-7500 |
| 25 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| | Jessica L. Hannah (State Bar No. 261802) |
| 26 | Two Embarcadero Center, 8th Floor |
| | San Francisco, CA 94111 |
| 27 | Telephone: 415-576-0200 |
| | Facsimile: 415-576-0300 |
| 28 | Email: jhannah@kilpatricktownsend.com |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1054782.4 - 5 -
STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT
REPORTS                                                                                              3:12-CV-01011-JST

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Defendant<br>**MOTOROLA SOLUTIONS, INC. and**<br>**MOTOROLA MOBILITY, LLC** |
| 3 | |
| 4 | |
| 5 | By: */s/ Bryan K. Anderson*<br>Richard J. O'Brien<br>**SIDLEY AUSTIN LLP** |
| 6 | One South Dearborn<br>Chicago, IL 60603 |
| 7 | Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| 8 | |
| 9 | Bryan K. Anderson<br>Ashish Nagdev<br>Email: anagdev@sidley.com |
| 10 | **SIDLEY AUSTIN LLP**<br>1001 Page Mill Road, Bldg. 1 |
| 11 | Palo Alto, CA 94304<br>Telephone: (650) 565-7000 |
| 12 | Facsimile: (650) 565-7100 |
| 13 | Attorneys for Respondents<br>**U.S. CELLULAR CORPORATION** |
| 14 | |
| 15 | By: */s/ Robert A. Gutkin*<br>Robert A. Gutkin (SBN 119781) |
| 16 | Email: robertgutkin@andrewskurth.com |
| 17 | **ANDREWS KURTH LLP**<br>1350 I Street, Suite 1100 |
| 18 | Washington, DC 20005<br>Telephone: (202) 662-2700 |
| 19 | Facsimile (202) 974-9536 |
| 20 | **ANDREWS KURTH LLP**<br>1717 Main Street, Suite 3700 |
| 21 | Dallas, TX 75201<br>Telephone: (214) 659-4400 |
| 22 | Facsimile: (214) 659-4401 |
| 23 | Attorneys for Defendant<br>**SERCOMM CORPORATION** |
| 24 | |
| 25 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 26 | |
| 27 | Dated: November 21, 2013    By: _____<br>Honorable Jon S. Tigar |
| 28 | United States District Court Judge |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1054782.4 — - 6 -
STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT REPORTS
3:12-CV-01011-JST

## **CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Executed on November 18, 2013, at San Jose, California.

                                            */s/ John V. Picone III*
                                            John V. Picone III

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1054782.4
STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR CLOSE OF FACT DISCOVERY AND EXPERT REPORTS
3:12-CV-01011-JST