KILPATRICK TOWNSEND & STOCKTON LLP
FREDERICK L. WHITMER (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas
New York, NY 10026-7703
Telephone: (212) 775-8773
Facsimile (212) 775-8800
fwhitmer@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
CARL E. SANDERS (admitted *pro hac vice*)
JAMES L. HOWARD (admitted *pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:   336 607 7300; Facsimile: 336 607 7500
E-mail: csanders@kilpatricktownsend.com
E-mail: jihoward@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (State Bar No. 290875)
BYRON R. CHIN (State Bar No. 259846)
JESSICA L. HANNAH (State Bar No. 261802)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: 415-576-0200; Facsimile: 415-576-0300
E-mail: smoore@kilpatricktownsend.com
E-mail: bchin@kilpatricktownsend.com
E-mail: jhannah@kilpatricktownsend.com

Attorneys for Defendant
MOTOROLA SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SENSUS USA INC.; et al,<br>.<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C12-01011 JST (EDL)<br><br>**JOINT STIPULATION TO EXTEND DEADLINES RE EON CORP. IP HOLDINGS, LLC'S MOTION TO COMPEL MOTOROLA SOLUTIONS, INC TO PRODUCE DOCUMENTS AND THINGS** AND ORDER |

JOINT STIPULATION TO EXTEND DEADLINES RE EON CORP. IP HOLDINGS,
LLC'S MOTION TO COMPEL MOTOROLA SOLUTIONS, INC. TO PRODUCE
DOCUMENTS AND THINGS
CASE NO. C12-01011 JST (EDL)

1   Plaintiff EON Corp. IP Holdings LLC ("EON") and Defendant Motorola Solutions Inc.
2   ("MSI") hereby stipulate and agree as follows:
3   WHEREAS EON filed a Motion to Compel MSI to Produce Documents and Things (Dkt.
4   No. 876) on November 26, 2013,
5   WHEREAS MSI's Opposition to EON's Motion to Compel is currently due on December
6   10, 2013,
7   WHEREAS EON's Reply in further support of its Motion to Compel is currently due on
8   December 17, 2013,
9   WHEREAS the hearing for the Motion to Compel is currently scheduled for January 7,
10  2014 at 2:00 p.m.,
11  WHEREAS EON and MSI reached a tentative settlement in principle during a conference
12  with Magistrate Judge Spero,
13  WHEREAS EON and MSI have therefore agreed in the interest of judicial economy and
14  the preservation of time to extend the deadlines relating to EON's Motion to Compel pending
15  finalization of settlement terms after which this action will be dismissed as to MSI,
16  WHEREAS the Court has previously granted in part four Motions to Shorten Time relating
17  to other Motions to Compel (Dkt. Nos. 802, 807, 814, 869), and granted one Stipulated Request for
18  an Extension of Time for Close of Fact Discovery and Expert Reports (Dkt. No. 872),
19  NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby
20  stipulate and respectfully request that the Court issue an order under Civil L.R. 6-2(a) postponing
21  the briefing deadlines with respect to EON's Motion to Compel MSI to Produce Documents and
22  Things (Dkt. No. 876), such that:
23  (1)    MSI's Opposition to EON's pending Motion to Compel shall be filed no later than
24  January 14, 2014,
25  (2)    EON's Reply in support of its Motion to Compel shall be filed no later than
26  January 21, 2014, and
27
28



JOINT STIPULATION TO EXTEND DEADLINES RE EON CORP. IP HOLDINGS,                    - 2 -
LLC'S MOTION TO COMPEL MOTOROLA SOLUTIONS, INC. TO PRODUCE
DOCUMENTS AND THINGS
CASE NO. C12-01011 JST (EDL)

(3) The hearing for the Motion to Compel shall be rescheduled to ~~January 28, 2014~~ February 11, 2014.

DATED: December 9, 2013     Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Byron R. Chin*
    BYRON R. CHIN

Attorneys for Defendant
MOTOROLA SOLUTIONS, INC.

DATED: December 9, 2013     Respectfully submitted,

By: /s/ *Nicholas Wyss*

Attorneys for Plaintiff
EON Corp IP Holdings LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: <u>December 10</u>, 2013     /s/ Elizabeth D. Laporte
    Honorable Elizabeth D. Laporte
    U.S.D.C. Magistrate Judge



JOINT STIPULATION TO EXTEND DEADLINES RE EON CORP. IP HOLDINGS, LLC'S MOTION TO COMPEL MOTOROLA SOLUTIONS, INC. TO PRODUCE DOCUMENTS AND THINGS
CASE NO. C12-01011 JST (EDL)                                                                  - 3 -

1 **CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)**

2 Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3 the filing of this document from all the signatories for whom a signature is indicated by a

4 "conformed" signature (/s/) within this e-filed document and I have on file records to support this

5 concurrence for subsequent production for the Court if so ordered or for inspection upon request.

6 Executed on December 9, 2013, at San Francisco, California.

7

8                                      */s/ Byron R. Chin*
                                       Byron R. Chin

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND DEADLINES RE EON CORP. IP HOLDINGS, LLC'S MOTION TO COMPEL
MOTOROLA SOLUTIONS, INC. TO PRODUCE DOCUMENTS AND THINGS
CASE NO. C12-01011 JST (EDL)          - 4 -