John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Daniel R. Scardino
Chad Ennis
Nicholas Wyss
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Telephone:   (512) 474-2449
Facsimile:   (512) 474-2622
dscardino@reedscardino.com
cennis@reedscardino.com
nwyss@reedscardino.com

Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>       v.<br><br>SPRINT SPECTRUM, L.P.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; STOKE, INC.; TAQUA, LLC; HTC AMERICA, INC.; UNITED STATES CELLULAR CORPORATION; | CASE NO.  3:12-cv-01011-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO CIVIL LOCAL RULE 6-2 FOR PARTIES TO TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1085353.2
STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO
TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY                                    3:12-CV-01011-JST

|   |   |
|---|---|
| 1 | MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC., |
| 2 |   |
| 3 |   |
| 4 | Defendants. |

Pursuant to Civil Local Rule 6-2, Plaintiff EON Corp. IP Holdings, LLC ("EON" or "Plaintiff") and Defendants Sprint Spectrum, L.P. ("Sprint"), United States Cellular Corporation ("U.S. Cellular"), Cisco Systems, Inc. ("Cisco"), Motorola Mobility, LLC ("Motorola"), and HTC America, Inc. ("HTC") (collectively "Defendants") hereby stipulate to and request an extension of time allowing them to conduct the following expert depositions after the close of expert discovery on February 25, 2014[1]:

- EON's deposition of Dr. Stephen B. Wicker;
- EON's deposition of Dr. W. Christopher Bakewell;
- Defendants' deposition of Dr. Jay P. Kesan;
- EON's deposition of Dr. Alan J. Cox;
- EON's deposition of Dr. Kevin J. Negus; and
- Sprint, U.S. Cellular, Motorola, and HTC's deposition of Dr. James J. Nawrocki.

Plaintiff and Defendants stipulate that these depositions will be completed by April 2, 2014. In order to facilitate these depositions, Plaintiff and Defendants further stipulate and request that the Court extend the deadline to file discovery motions relating to the expert depositions listed above until April 16, 2014. Currently, the deadline to file discovery motions relating to expert discovery is scheduled for March 11, 2014, 14 days after the close of expert discovery.[2]

This extension is necessary because the large number of parties and experts in this case have made scheduling the expert depositions identified above prior to the close of expert discovery exceedingly difficult. *See* Declaration of John V. Picone III in Support of this Stipulation, filed concurrently herewith ("Picone Decl."), at ¶ 3. The time modifications

---

[1] *See* Scheduling Order, at page 2, line 14 (Dkt. No. 754).
[2] *Id.* at page 2, lines 15-16.

692\1085353.2                                   - 2 -
STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO
TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY                     3:12-CV-01011-JST

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1  requested above should not affect any other scheduled event or deadline associated with this
2  matter. *Id*. at ¶ 4.
3      The following are the previous time modifications in this case:
4  • Dkt. No. 206 filed March 16, 2011 – Motion for Extension of Time to File
5  Response/Reply as to Motion to Dismiss by Cellular South;
6  • Dkt. No. 361 filed June 1, 2012 – Stipulated Request for Extension of Time to File
7  ADR Certification and Stipulation to ADR Process or Notice of Need for ADR
8  Telephone Conference;
9  • Dkt. No. 389 filed June 15, 2012 – Stipulated Request for an Extension of Time to
10  File the ADR Certification and Stipulation to ADR Process or Notice of Need for
11  ADR Telephone Conference;
12  • Dkt. No. 472 filed August 13, 2012 – Stipulated Request and Proposed Order for
13  Extension of Time for Motorola Solutions, Inc. to File Response to Second
14  Amended Complaint;
15  • Dkt. No. 473 filed August 13, 2012 – Stipulated Request and Proposed Order for
16  Extension of Time for Motorola Mobility, Inc. to File Response to Second
17  Amended Complaint;
18  • Dkt. No. 538 filed September 17, 2012 – Joint Stipulation and [Proposed] Order
19  Extending the Parties' Time to Serve Privilege Logs;
20  • Dkt. No. 577 filed November 13, 2012 – Joint Stipulation and [Proposed] Order
21  Extending the Parties' Time to File Their Joint Claim Construction and Prehearing
22  Statement;
23  • Dkt. No. 584 filed November 26, 2012 – Joint Stipulation and [Proposed] Order
24  Extending the Parties' Time to File Damages Contentions and/or Scope of
25  Discovery Plan;
26  • Dkt. No. 673 filed April 8, 2013 – Motion for Extension of Time for EON to File a
27  Response to SerComm's Notice of Motion and Motion to Compel Infringement
28  Contentions that (1) Comply with Patent L.R. 3 1; and (2) For a Protective Order

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1085353.2  - 3 -
STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO
TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY                                    3:12-CV-01011-JST

1    to Stay or Limit Certain Discovery;

2    • Dkt. No. 677 filed April 18, 2013 – Stipulated Request and Proposed Order for
3       Extension of Time for EON to File a Response to SerComm's Notice of Motion
4       and Motion to Compel Infringement Contentions that (1) Comply with Patent L.R.
5       3 1; and (2) For a Protective Order to Stay or Limit Certain Discovery;

6    • Dkt. No. 682 filed April 22, 2013 – Joint Motion for Extension of Time to File
7       Supplemental Joint Case Management Statement;

8    • Dkt. No. 703 filed May 2, 2013 – Stipulated Request and Proposed Order for
9       Extension of Time for EON to File a Response to SerComm's Notice of Motion
10      and Motion to Compel Infringement Contentions that (1) Comply with Patent L.R.
11      3 1; and (2) For a Protective Order to Stay or Limit Certain Discovery;

12   • Dkt. No. 726 filed June 7, 2013 – Stipulated Request and Order for Extension of
13      Time to File a Joint or Competing Schedule (Dkt. No. 711);

14   • Dkt. No. 761 filed August 22, 2013 – Order Granting Stipulation (Dkt. No. 760) to
15      Extend ADR Deadline;

16   • Dkt. No. 770 filed September 16, 2013 – Order Granting Motion for Extension of
17      Time, Terminating as Moot Motion to File Under Seal, and Granting Amended
18      Administrative Motion to File Under Seal; and

19   • Dkt. No. 872 filed January 21, 2013 – Granting Stipulated Request and Proposed
20      Order for Extension of Time for Close of Fact Discovery and Expert Reports (Dkt.
21      No. 864).

22   *Id.* at ¶ 5.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1085353.2                                      - 4 -
STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO
TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY                                3:12-CV-01011-JST

| | |
|---|---|
| Dated: February 24, 2014 | HOPKINS & CARLEY<br>A Law Corporation |

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

By: */s/ Eric Joseph Klein*

Teresa Ghali (SBN 252961)
Email: tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9510

Fred I Williams (admitted *pro hac vice*)
Email: fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas  78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Todd Landis (admitted *pro hac vice*)
Email: tlandis@akingump.com
Kellie M. Johnson (admitted *pro hac vice*)
Email: kmjohnson@akingump.com
Eric Joseph Klein (admitted *pro hac vice*)
Email: eklein@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone: (214) 969-2800
Facsimile: (214) 969.4343

Attorneys for Defendant
**HTC AMERICA, INC.**

ATTORNEYS AT LAW
SAN JOSE

692\1085353.2

- 5 -

STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY                    3:12-CV-01011-JST

| | |
|---|---|
| 1 | By: */s/ Matthew S. Yungwirth* |
| 2 | Matthew S. Yungwirth (admitted *pro hac vice*) |
|  | Email: msyungwirth@duanemorris.com |
| 3 | L. Norwood Jameson (admitted *pro hac vice*) |
|  | Email: wjameson@duanemorris.com |
| 4 | Alison M. Haddock (admitted *pro hac vice*) |
|  | Email: amhaddock@duanemorris.com |
| 5 | David C. Dotson (admitted *pro hac vice*) |
|  | Email: dcdotson@duanemorris.com |
| 6 | Stephanie A. Hansen (admitted *pro hac vice*) |
|  | Email: sahansen@duanemorris.com |
| 7 | **DUANE MORRIS LLP** |
|  | 1075 Peachtree Street |
| 8 | Suite 2000 |
|  | Atlanta, Georgia 30309 |
| 9 | Telephone: (404) 253-6900 |
|  | Facsimile: (404) 253-6901 |
| 10 | |
|  | Richard L. Seabolt, Esq. (SBN 67469) |
| 11 | Email: rlseabolt@duanemorris.com |
|  | **DUANE MORRIS LLP** |
| 12 | One Market, Spear Tower, Suite 2000 |
|  | San Francisco, CA 94105-1104 |
| 13 | Telephone: 415.957.3000 |
|  | Facsimile: 415.957.3001 |
| 14 | |
|  | Counsel for Defendant |
| 15 | **CISCO SYSTEMS, INC.** |
| 16 | |
| 17 | By: */s/ V. Raman Bharatula* |
| 18 | Michael E. Zeliger (SBN 271118) |
|  | Email: michael.zeliger@klgates.com |
| 19 | **K&L GATES LLP** |
|  | 630 Hansen Way |
| 20 | Palo Alto, CA 94304 |
|  | Telephone: (650) 798-6700 |
| 21 | Facsimile: (650) 798-6701 |
| 22 | John J. Cotter (*pro hac vice pending*) |
|  | Email: john.cotter@klgates.com |
| 23 | V. Raman Bharatula (admitted *pro hac vice*) |
|  | Email: raman.bharatula@klgates.com |
| 24 | **K&L GATES LLP** |
|  | State Street Financial Center |
| 25 | One Lincoln Street |
|  | Boston, MA 02111-2950 |
| 26 | Telephone: (617) 261-3100 |
|  | Facsimile: (617) 261-3175 |
| 27 | |
|  | Attorneys for Defendant |
| 28 | **SPRINT SPECTRUM L.P.** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1085353.2

- 6 -

STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY            3:12-CV-01011-JST

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Carl E. Sanders* |
| 3 | Steve Moore (NC Bar No. . 23367)<br>E-mail: smoore@kilpatricktownsend.com |
| 4 | Carl E. Sanders (NC Bar No. 34190)<br>E-mail: csanders@kilpatricktownsend.com |
| 5 | James L. Howard (NC Bar No. 39769)<br>E-mail: jihoward@kilpatricktownsend.com |
| 6 | **KILPATRICK TOWNSEND & STOCKTON LLP**<br>1001 West Fourth Street |
| 7 | Winston-Salem, NC  27101-2400<br>Telephone:  (336) 607-7300 |
| 8 | Facsimile:  (336) 607-7500 |
| 9 | **KILPATRICK TOWNSEND & STOCKTON LLP**<br>Jessica L. Hannah (State Bar No. 261802) |
| 10 | Two Embarcadero Center, 8th Floor<br>San Francisco, CA  94111 |
| 11 | Telephone: 415-576-0200<br>Facsimile: 415-576-0300 |
| 12 | Email:  jhannah@kilpatricktownsend.com |
| 13 | Attorneys for Defendant<br>**MOTOROLA SOLUTIONS, INC. and** |
| 14 | **MOTOROLA MOBILITY, LLC** |
| 15 | |
| 16 | By: */s/ Bryan K. Anderson* |
| 17 | Richard J. O'Brien<br>**SIDLEY AUSTIN LLP** |
| 18 | One South Dearborn<br>Chicago, IL  60603 |
| 19 | Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| 20 | |
| 21 | Bryan K. Anderson<br>Ashish Nagdev |
| 22 | Email: anagdev@sidley.com<br>**SIDLEY AUSTIN LLP** |
| 23 | 1001 Page Mill Road, Bldg. 1<br>Palo Alto, CA  94304 |
| 24 | Telephone:           (650) 565-7000<br>Facsimile:  (650) 565-7100 |
| 25 | Attorneys for Respondents |
| 26 | **U.S. CELLULAR CORPORATION** |
| 27 | |
| 28 | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1085353.2                                          - 7 -
STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO
TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY                                3:12-CV-01011-JST

**CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document. I have records to support this concurrence. My office will maintain these records for inspection, if so requested, or for production to the Court, if so ordered.

Executed on February 24, 2014, at San Jose, California.

                        */s/ John V. Picone III*
                        John V. Picone III

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2014        By: _____
                                                Honorable Jon S. Tigar
                                                United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1085353.2

STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 FOR PARTIES TO TAKE EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY    3:12-CV-01011-JST