UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-01011-JST<br><br>**ORDER REGARDING MARCH 13 HEARING** |

　　　The Court appreciates the parties' interest in providing an audiovisual presentation at the hearing on March 13, and the Court will accommodate the request if possible.  But the parties should be aware that the Court has two other matters that will be heard before this case, and should expect to have limited time to conduct argument.

　　　**IT IS SO ORDERED.**

Dated:  March 12, 2014



　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　United States District Judge