UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EON CORP IP HOLDINGS LLC,

    Plaintiff,

v.

CISCO SYSTEMS INC, et al.,

    Defendants.

Case No. 12-cv-01011-JST

**ORDER DIRECTING DEFENDANTS TO FILE WITH THE COURT THE OPERATIVE CLAIM CHARTS**

    The infringement contentions filed as Exhibit B to the Gibson Declaration, ECF No. 924-8, (made operative against Cisco by January 31, 2013 order of the Court, ECF No. 639), contain the infringement claim chart operative against Cisco ("Exhibit G"). The infringement contentions operative against all Defendants other than Cisco, filed with the Court as Exhibit A to the Chin Decl., ECF No. 928-4, do not appear to contain the operative claim charts. If the claim charts operative against Defendants other than Cisco are within the record, Defendants shall file a notice directing the Court to where they can be found. If the claim charts have not been filed with the Court, Defendants are ordered to file a declaration with those charts filed as exhibits. Defendants shall do so forthwith, but in any case not later than 12:00 P.M. March 21, 2014.

    **IT IS SO ORDERED.**

Dated: March 19, 2014

_____
JON S. TIGAR
United States District Judge