United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EON CORP IP HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>Defendants. | Case No.  12-cv-01011-JST<br><br>**ORDER INVITING RESPONSE TO REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF MOTOROLA SYSTEMS, INC.**<br><br>Re: ECF No. 1031 |
|---|---|

EON is ordered to provide any response to Motorola Solutions, Inc.'s request for entry of judgment not later than April 18, 2014.

**IT IS SO ORDERED.**

Dated: April 10, 2014

_____
JON S. TIGAR
United States District Judge