UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EON CORP IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>    Defendants. | Case No. 12-cv-01011-JST<br><br>**ORDER GRANTING IN PART STIPULATION; SETTING BRIEFING SCHEDULE**<br><br>Re: ECF No. 1040 |
|---|---|

The Court grants Defendants leave to combine their motion for sanctions to recover expert fees with their motion for attorney's fees, notwithstanding the normal requirements of Civil L.R. 7-8(d). ECF No. 1040. The Court sets the following briefing and hearing deadlines for the combined motion. These dates supersede those previously set by the Court:

| Event | Deadline |
|---|---|
| Deadline to file motion | May 28, 2014 |
| Opposition brief due | June 27, 2014 |
| Reply brief due | July 10, 2014 |
| Hearing on motion | July 24, 2014 at 2:00 p.m.,<br>Courtroom 9, 450 Golden Gate Avenue, San Francisco |

**IT IS SO ORDERED.**

Dated: May 13, 2014



JON S. TIGAR
United States District Judge