# EXHIBIT A

# RICHARD J. O'BRIEN
Partner

Chicago
+1.312.853.7283
+1.312.853.7036 Fax
robrien@sidley.com



---

**PRACTICES**
- Complex Commercial Litigation
- Intellectual Property Litigation

**AREAS OF FOCUS**
- Copyright and Theft of Idea Litigation
- False Advertising Litigation
- Patent Litigation
- Protecting Proprietary Information and Customer Relationships
- Technology, Media and Privacy Law
- Trade Secret and Unfair Competition Litigation
- Trademark Litigation

**INDUSTRIES**
- Technology

**ADMISSIONS & CERTIFICATIONS**
- U.S. Supreme Court, 1988
- U.S. Court of Appeals, 2nd Circuit, 2009
- U.S. Court of Appeals, 6th Circuit, 1987
- U.S. Court of Appeals, 7th Circuit, 1981
- U.S. District Court, N.D. of Illinois - General, 1981
- U.S. District Court, N.D. of Illinois - Trial Bar, 1986
- U.S. District Court, C.D. of Illinois, 1996
- U.S. District Court, S.D. of Illinois, 1995
- U.S. District Court, E.D. of Michigan, 1982
- Illinois, 1979

**EDUCATION**
- Georgetown University Law Center (J.D., 1979, *cum laude*)
- Saint Louis University (B.A., 1976, *magna cum laude*)

**CLERKSHIPS**
- U.S. District Court, N.D. of Illinois, Abraham Lincoln Marovitz

DICK O'BRIEN has a diverse intellectual property law practice. He has been lead trial counsel in lawsuits involving copyright, trademark, misappropriation of ideas, false advertising, defamation, invasion of privacy, trade secrets, patent litigation, first amendment and media law, and the Lanham Act.

Representative Matters include:

- NORTHWESTERN UNIVERSITY

  *James H. Anderson, Inc. v. Northwestern University* (Circuit Court, Cook County, Illinois) — Lead counsel in trade secret misappropriation case. (Summary judgment in favor of Northwestern University)

- AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS

  *ACLU v. Alvarez*, 679 F.3d 583 (2012)--Co-counsel in First Amendment challenge to Illinois' Eavesdropping Act. Prevailed in Seventh Circuit and permanent injunction entered against enforcement of the Act.

- UNITED STATES CELLULAR CORP.

  *Edge Wireless, LLC v. U.S. Cellular Corporation*, 2004 WL 1661992 (D. Oregon) — Lead counsel for U.S. Cellular in trademark infringement case. (Bench trial; defendant verdict)

**RICHARD J. O'BRIEN**

- ILLINOIS CHAMBER OF COMMERCE

    *Gordon Maag v. Coalition for Jobs, Growth, and Prosperity, et al.*, 368 Ill. App. 3d 844 (Illinois Appellate Court No. 5-06-0048) — Represented defendants on appeal of dismissal of Maag's defamation claim over lost Illinois Supreme Court judicial race. (Won affirmance on appeal)

In 2004-2014 he was recognized by *Chambers USA: America's Leading Business Lawyers* as a tier one "Leading Lawyer" in Media Litigation in Illinois. The 2008 edition noted that he is a "tough advocate" with a "tremendous grasp of his subject," and one who "understands the nuances of the law and can give clients a realistic idea of what can be done and how to approach a problem." He has also been recognized since 2006 in *The Best Lawyers in America* in First Amendment Law. He was law clerk to U.S. District Court Judge Abraham L. Marovitz in Chicago.

**EXPERIENCE**

**REPRESENTATIVE INTELLECTUAL PROPERTY CASES**

- NORTHWESTERN UNIVERSITY

    *James H. Anderson, Inc. v. Northwestern University* (Circuit Court, Cook County, Illinois) — Lead counsel in trade secret misappropriation case. Summary judgment in favor of Northwestern University.

    *James H. Anderson, Inc. v. Northwestern University, et al.* (N.D. Illinois) — Lead counsel for defendant in copyright infringement case. (Summary judgment in favor of Northwestern University.

- CONTEXTMEDIA, INC.

    *Healthy Advice Networks, LLC v. ContextMedia, Inc.*, (S.D. Ohio) — Lead counsel in Lanham Act case. (Case pending)

    *Guthrie Healthcare System v. ContextMedia, Inc.* (S.D.N.Y.) — Lead counsel in trademark litigation (Case pending)

- UNITED STATES CELLULAR CORP.

    *Edge Wireless, LLC v. U.S. Cellular Corporation*, 2004 WL 1661992 (D. Oregon) — Lead counsel for U.S. Cellular in trademark infringement case. Bench trial withdefendant verdict.

    *EON Corp. IP Holdings, LLC v. FLO TV Inc., et al.* (D. Delaware) — Lead counsel for U.S. Cellular in patent infringement case. (Case pending)

    *EON Corp. IP Holdings, LLC v. Sensus, USA, Inc., et al.* (E.D. Texas) — Lead counsel for U.S. Cellular in patent infringement case. (Case pending)

    *Intellectual Ventures, LLC v. ATT et al.* (D. Del.)--Lead counsel for U.S. Cellular in patent infringement case. (Case pending)

*Prism Technologies v. United States Cellular Corp.* (D. Neb.)--Lead counsel for U.S. Cellular in patent infringement case. (Case pending)

- LAFARGE NORTH AMERICA and LAFARGE S.A.

*United States Gypsum v. Lafarge North America, et al.* (N.D. Illinois) — Lead counsel for defendants in patent infringement, trade secret misappropriation, and unfair competition case.

- KIDS HOPE UNITED

*Kids Hope USA v. Kids Hope United* (N.D. Illinois) — Lead counsel for defendant in trademark infringement case.

- IRONWOOD CAPITAL MANAGEMENT CORP.

*Ironwood Capital Ltd. v. Ironwood Capital Management, et al.* (D. Connecticut) — Lead counsel for defendant in trademark infringement case.

- GLOBAL HEALTHCARE EXCHANGE LLC

*Cuene v. Global Healthcare Exchange LLC*, 470 F.Supp. 2d 345 (S.D. New York) — Lead counsel for defendant Global Healthcare Exchange in a trademark infringement case. Summary judgment in favor of Global.

- FUJITSU LIMITED

*LinkCo v. Fujitsu Limited* (S.D. New York) — Lead counsel for Fujitsu in a misappropriation of trade secrets and unfair competition case. *LinkCo v. Fujitsu Limited* (S.D. New York) — Lead counsel for Fujitsu in an effort to vacate dismissal of prior case.

- HARPERCOLLINS PUBLISHERS, LLC

*Paul Natkin v. HarperCollins Publishers, LLC, et al.*, (N.D. Illinois) — Lead counsel for defendants in copyright infringement action.

- RANDOM HOUSE, INC.

*Renaissance Marketing Corporation and Julia Meyer v. Random House, Inc. and Mitchell Rogatz* (N.D. Illinois) — Lead counsel for defendants in copyright infringement alleging that defendants infringed plaintiffs' license for the 1985 Chicago Bears Super Bowl Shuffle video.

**REPRESENTATIVE MEDIA LAW CASES**

- AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS

*ACLU v. Alvarez*, 679 F.3d 583 (2012)--Co-counsel in First Amendment challenge to Illinois' Eavesdropping Act. Prevailed in Seventh Circuit and permanent injunction entered against enforcement of the Act.

- CHICAGO TRIBUNE

  *Otakar Kirchner v. Bob Greene and Chicago Tribune Co.*, 294 Ill.App.3d 672 (Cook County, Illinois) — Lead counsel for Chicago Tribune and columnist Bob Greene in a defamation suit brought by the biological father in the "Baby Richard" case. Tribune prevailed on motion to dismiss and on appeal.

  *Betty Loren-Maltese v. Tribune Company* (Cook County, Illinois) — Lead counsel for Chicago Tribune in defamation case brought by Cicero Mayor Betty Loren-Maltese. Tribune prevailed on motion to dismiss.

  *Chicago Tribune Company v. U.S. Department of Health and Human Services*, National Institutes of Health, and National Cancer Institute (N.D. Illinois) — Lead counsel for Chicago Tribune in federal Freedom of Information Act litigation. Tribune prevailed on summary judgment and on appeal.

  *Zucker v. Chicago Tribune Co.*, 2004 WL 3312757 (Cook County, Illinois) — Lead counsel for Chicago Tribune in defamation case brought by celebrity sports and entertainment agent Steve Zucker. Tribune prevailed on motion to dismiss and on appeal.

- ILLINOIS CHAMBER OF COMMERCE

  *Gordon Maag v. Coalition for Jobs, Growth, and Prosperity, et al.*, 368 Ill. App. 3d 844 (Illinois Appellate Court No. 5-06-0048) — Represented defendants on appeal of dismissal of Maag's defamation claim over lost Illinois Supreme Court judicial race. Won affirmance on appeal.

- ILLINOIS CIVIL JUSTICE LEAGUE

  *Amiel Cueto v. Chicago Tribune Company, et al.,* No. 07 L 80 (St. Clair County, Illinois) — Represent defendant Illinois Civil Justice League in a false light invasion of privacy and conspiracy case. Case dismissed against Illinois Civil Justice League.

- CROSSROADS FUND

  *Eugene Schulter v. Crossroads Fund, Inc.* (Circuit Court, Cook County, Illinois) — Lead counsel for Crossroads Fund in a defamation case brought by Chicago Alderman Eugene Schulter that sought to impose liability on Crossroads Fund for its conferring a grant on a neighborhood organization to publish a newsletter that was critical of the alderman. Crossroads prevailed on a motion to dismiss.

- NORTHWESTERN UNIVERSITY

  *Illinois v. Anthony McKinney* (Circuit Court, Cook County, Illinois) — Lead counsel for subpoena respondents regarding the State's efforts to overcome the reporter's privilege asserted by Northwestern Medill Journalism students concerning their investigation of a possible wrongful murder conviction.

# BRYAN K. ANDERSON
Partner

Palo Alto
+1.650.565.7007
+1.650.565.7100 Fax
bkanderson@sidley.com



**PRACTICES**
- Intellectual Property Litigation
- Technology & IP Transactions

**AREAS OF FOCUS**
- Antitrust and Unfair Competition
- Contract Litigation
- Trade Secret and Unfair Competition Litigation
- ITC Section 337
- Patent Litigation
- Trials

**INDUSTRIES**
- Technology

**ADMISSIONS & CERTIFICATIONS**
- U.S. Court of Appeals, 6th Circuit, 1990
- U.S. Court of Appeals, 9th Circuit, 1994
- U.S. Court of Appeals, Federal Circuit, 1997
- U.S. District Court, N.D. of California, 1994
- U.S. District Court, C.D. of California, 2003
- U.S. District Court, W.D. of Michigan, 1990
- California, 1994
- Michigan, 1990

**EDUCATION**
- Harvard Law School
  (J.D., 1990, *cum laude*)
- University of Iowa
  (B.A., 1987, with high distinction)

BRYAN K. ANDERSON is a partner in Sidley's Patent Litigation group and primarily represents clients in intellectual property disputes. Mr. Anderson's clients have intellectual property rights and interests in semiconductor design and processing, telecommunications, video displays, on-line commerce, medical devices and biotechnology. His litigation responsibilities have included all aspects of patent case preparation and trial.

Mr. Anderson is admitted to practice and is a member of the state bar in both California and Michigan, and has represented clients in Federal and State Court actions, Federal and State appeals, International Trade Commission investigations, and alternative dispute resolution proceedings.

**Representative Engagements**

- *Conceptus* v. *Hologic* (N.D. Cal.) Represented Conceptus in a patent infringement suit against Hologic, Inc. in which Conceptus asserted that Hologic infringed Conceptus' patented method for hysteroscopic sterilization. After a two-week trial, the jury returned a verdict that the Court characterized as "a clean sweep for Plaintiff" and awarded Conceptus the full relief requested of $18.8 million. Settled while on appeal.

- *Cornell University and Cornell Research Foundation, Inc.* v. *Hewlett-Packard Company* (N.D.N.Y.) Represented Cornell University in a jury trial that resulted in a verdict for Cornell and a damages award of $184 million, which the trial court reduced to $71 million. Cornell also prevailed at a bench trial relating to inequitable conduct and other non-jury issues. Settled while on appeal.

- *AlmondNet v. Microsoft Corp.* (W.D. Wis.). Represented Microsoft in a suit claiming adCenter infringed four patents purportedly concerning on-line bid ranking. Obtained summary judgment of non-infringement as to all claims, which was affirmed on appeal.

- *Intellectual Ventures I v. Check Point Software Technologies Ltd., et al.* (D.Del.) Represented Intel-owned subsidiary McAfee, Inc., against allegations of infringement of four patents directed to purported inventions of network security systems and methods. Settled.

**BRYAN K. ANDERSON**

- *LML Patent Corp.* v. *JP Morgan Chase & Co., et al.,* No. 2:08-cv-448 (E.D. Tx.) Represented PayPal in this multi-defendant patent infringement suit concerning payment processing transactions that occur over computer networks, including the Internet. Settled.

- *Certain Semiconductor Memory Devices and Products Containing Same, 337-TA-414.* Represented respondent Mosel Vitelic Corporation in a patent investigation brought by Micron Technology with respect to four semiconductor process patents. Micron withdrew one patent prior to trial and after trial, the ALJ found that all three remaining patents were not infringed, invalid over prior art, unenforceable due to inequitable conduct, and lacking a domestic industry (a so-called "grand slam" defense victory). Settled.

# ASH NAGDEV

Associate

Palo Alto

+1.650.565.7057

+1.650.565.7100 Fax

anagdev@sidley.com



**PRACTICES**
- Intellectual Property Litigation
- Technology & IP Transactions

**AREAS OF FOCUS**
- Electronics and Semiconductors
- ITC Section 337
- Patent Assessment and Due Diligence
- Patent Litigation
- Telecommunications IP
- Trade Secret and Unfair Competition Litigation

**INDUSTRIES**
- Technology

**ADMISSIONS & CERTIFICATIONS**
- U.S. Patent & Trademark Office, 2009
- U.S. District Court, N.D. of California, 2009
- U.S. District Court, S.D. of California, 2009
- U.S. District Court, N.D. of Georgia, 2009
- California, 2008

**EDUCATION**
- Northwestern University School of Law (J.D., 2008)
- University of California-Los Angeles (B.S. in Computer Science, 2002)

ASH NAGDEV is a patent litigation associate in the firm's Palo Alto office. Mr. Nagdev has litigated various patent, trade secret, and contract matters in federal court. In addition, Mr. Nagdev has assisted and led various Intellectual Property Transactions to closing.

As a litigator, Mr. Nagdev's persistence and persuasion has helped his clients achieve advantageous jury verdicts, "walk away" dismissals, and favorable settlements, including the following:

- After filing a Motion to Disqualify, helped a major electronics manufacturer accused of patent infringement to a de minimus settlement;

- Prepared analysis of offensive patent litigation for a global telecommunications company against competitor;

- Assisted major computer software company secure a complete defense jury verdict on all issues, including patent infringement, patent invalidity, trade secret misappropriation, breach of contract and various other state law claims;*

- Assisted Creative Labs, Inc. obtain dismissal from the case before Creative had to file its answer by providing documents to the Plaintiff showing Creative's non-infringement of the patents-in-suit. *Video Enhancement Solutions, L.L.C. v. Creative Labs, Inc. et al* (N.D. Ga.).*

As a transactional attorney, Mr. Nagdev's negotiation abilities, creativity, and knowledge of business helped clients enter into deals with highly-favorable terms, including the following:

- Assisted an international client in acquisition of a company subject to multiple patent infringement litigations, including exposure analysis of said patent litigations;

- Analyzed various patents for acquisition by a leading computer technology company;

- As a key team member, advised a leading telecom technology company in its participation in a consortium purchasing the digital imaging patent portfolio from Kodak in a deal valued at $525 million;

- Analyzed client supply contracts for a global telecommunications company to determine risks of breach;

- Represented Synopsys on IP aspects of its $420 million acquisition of SpringSoft, a Taiwan Stock Exchange listed company. That transaction was believed to be the first acquisition of a Taiwanese publicly traded company through a tender offer by a U.S. technology firm.

Prior to entering the legal profession, Mr. Nagdev worked in the software field as an engineer at Symantec Corporation, working with Norton Security products and enterprise level security products.

Mr. Nagdev is a registered United States Patent Attorney.

*Matters handled by Mr. Nagdev prior to his joining Sidley Austin LLP.

**PUBLICATIONS**

- "Statistical Analysis of United States' Accession to the Madrid Protocol," *Northwestern's Journal of Technology and Intellectual Property*, 6 Nw. J. Tech. & Intell. Prop. 211

- "IP as Venture Capital: A Case Study of Microsoft IP Ventures," *Wake Forest Intellectual Property Law Journal*, 8 Wake Forest Intell. Prop. L.J. 197

# FERENC PAZMANDI

Patent Agent

Palo Alto

+1.650.565.7018

+1.650.565.7100 Fax

fpazmandi@sidley.com



**PRACTICES**
- Intellectual Property Litigation

**AREAS OF FOCUS**
- Patent Assessment and Due Diligence

**INDUSTRIES**
- Technology

**ADMISSIONS & CERTIFICATIONS**
- U.S. Patent & Trademark Office, 2002

**EDUCATION**
- Eötvös University, Budapest (Ph.D. in Physics, 1991, *summa cum laude*)
- Eötvös University, Budapest (M.S. in Physics, 1988)

\*\* NOT ADMITTED TO PRACTICE LAW

FERENC PAZMANDI holds a Ph.D. in Physics and is a patent agent admitted to practice before the United States Patent and Trademark Office. He provides technical analysis for intellectual property litigation, licensing, due diligence, and patent opinions. He also has significant experience in preparing and prosecuting patent applications and patent reexamination requests. Prior to joining Sidley, Dr. Pazmandi worked as a Technology Specialist at Fish & Richardson P.C., and earlier, as an Assistant Professor in theoretical physics at the University of Debrecen, Hungary, and a Visiting Scholar at the University of California at Davis.

Dr. Pazmandi is experienced in a broad range of technologies, including digital televisions and the governing standards, wireless communication and related standards, computer software and hardware, storage and display devices, fabrication and testing of semiconductor devices, nano-technology, signal processing, mass spectrometry, metering networks, and biological microarrays. He has published scientific papers about disordered magnetic and quantum systems, superconductivity, optimization, neural networks, and biological problems, such as mad cow disease.

