**AKIN GUMP STRAUSS HAUER & FELD LLP**
Teresa Ghali (SBN 252961)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9510
Email: tghali@akingump.com

Fred I. Williams (admitted *pro hac vice*)
600 Congress Avenue, Suite 1350
Austin, Texas  78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290
Email: fwilliams@akingump.com

Eric J. Klein (admitted *pro hac vice*)
Todd Landis (admitted *pro hac vice*)
Kellie M. Johnson (admitted *pro hac vice*)
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone: (214) 969-2800
Facsimile: (214) 969.4343
Email: tlandis@akingump.com
Email: eklein@akingump.com
Email: kmjohnson@akingump.com

Attorneys for Defendant HTC America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SENSUS USA INC., et. al.,<br><br>Defendants. | Case No.: 3:12-CV-01011-JST<br><br>**DECLARATION OF ERIC J. KLEIN IN SUPPORT OF HTC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Eric J. Klein, declare as follows:

1. I am an attorney at law, admitted *pro hac vice* to practice before this Court, and a partner at the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel of record for Defendant HTC America, Inc. ("HTC") in the above-titled action. I make this

declaration in support of HTC's Administrative Motion to File Documents Under Seal (the "Motion to Seal").

2. As to the following facts, I know them to be true of my own knowledge.

3. I have personally reviewed Civil Local Rule 7-11, Civil Local Rule 79-5, this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, and the instructions for e-filing under seal provided on the Court's website at http://cand.uscourts.gov/ecf/underseal. Based on my understanding of these orders, rules, and instructions, HTC has complied with them in filing the Motion to Seal.

4. Exhibit A of the Declaration of Fred I. Williams in support of Defendants' Motion for Attorneys' Fees and Sanctions (the "Motion for Fees") is a spreadsheet with a detailed description of the work performed by Akin Gump attorneys and paralegals since the Court's July 8, 2013, Order Construing and Determining Validity of Claims of United States Patent No. 5,592,491.

5. In some instances, the descriptions in the spreadsheet have been revised from what appears on actual invoices to protect against the disclosure of attorney-client information, attorney work product, or other highly sensitive litigation strategies. But the spreadsheet still summarizes the nature of the work and the date of the work so the Court can evaluate the reasonableness of the work performed.

6. The spreadsheet contains non-public, sensitive information about HTC's litigation tactics and strategies. HTC stands to suffer great harm and would be placed in a vulnerable position should this information become public.

7. Exhibits C and D of the Declaration of Fred I. Williams in support of the Motion for Fees are copies of the Rebuttal Expert Report of Mark Lanning Regarding Non-Infringement of U.S. Patent Number 5,592,491 and First Supplemental Rebuttal Expert Report of Mark Lanning Regarding Non-Infringement of U.S. Patent Number 5,592,491. Under the interim protective order governing this case, HTC has designated the information contained within as "Highly

Confidential – Attorney's Eyes Only." In particular, Exhibits C and D contain non-public information about proprietary technology and expert opinions related this technology. HTC would suffer substantial harm if these opinions regarding HTC's proprietary technology and sensitive information are released for public view.

8. The "good cause" standard applies because the Motion for Fees is non-dispositive.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 28th day of May, 2014, at Dallas, Texas.

*/s/ Eric J. Klein*
Eric J. Klein

---

DECLARATION OF ERIC J. KLEIN IN SUPPORT OF HTC'S ADMINISTRATIVE MOTION TO SEAL     Case No.: 3:12-CV-01011