**DUANE MORRIS LLP**
Richard L. Seabolt, Esq. (SBN 67469)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew S. Yungwirth (admitted *pro hac vice*)
Alison M. Haddock (admitted *pro hac vice*)
John R. Gibson (admitted *pro hac vice*)
David C. Dotson (admitted *pro hac vice*)
Stephanie A. Hansen (admitted *pro hac vice*)
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Joseph A. Powers (admitted *pro hac vice*)
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Telephone: 215-979-1842
Facsimile: 215-689-3797

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: japowers@duanemorris.com
E-Mail: msyungwirth@duanemorris.com
E-Mail: amhaddock@duanemorris.com
E-Mail: jrgibson@duanemorris.com
E-Mail: dcdotson@duanemorris.com
E-Mail: sahansen@duanemorris.com

*Attorneys for Defendant Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SENSUS USA INC., et. al.,<br><br>Defendants. | Case No.: 3:12-CV-01011-JST<br><br>**CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 7-11, Civil Local Rule 79-5, and this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, Defendant Cisco Systems, Inc. ("Cisco") files this Administrative Motion to File Documents Under Seal (the "Motion to Seal") and respectfully requests that the Court enter an order sealing Exhibit A of the Declaration of L. Norwood Jameson in support of Defendants' Motion for Attorneys' Fees and Sanctions (the "Motion for Fees").

Cisco has reviewed and complied with Civil Local Rule 7-11, Civil Local Rule 79-5, this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, and the instructions for e-filing under seal provided on the Court's website at http://cand.uscourts.gov/ecf/underseal. *See* Haddock Decl. ¶ 3.

Exhibit A of the Declaration of L. Norwood Jameson in support of the Motion for Fees is a spreadsheet with a detailed description of the work performed by Duane Morris attorneys and paralegals for the time period of August 1, 2013 through April 30, 2014. *See* Haddock Decl. ¶ 4. In some instances, the descriptions in the spreadsheet have been revised from what appears on actual invoices to protect against the disclosure of attorney-client information, attorney work product, or other highly sensitive litigation strategies, but the spreadsheet still summarizes the nature of the work and the date of the work so the Court can evaluate the reasonableness of the work performed. *See* Haddock Decl. ¶ 5. The spreadsheet contains non-public, sensitive information about Cisco's litigation tactics and strategies. Cisco stands to suffer great harm and would be placed in a vulnerable position should this information become public. *See* Haddock Decl. ¶ 6.

Because Exhibit A offers support for a non-dispositive motion, Cisco has shown good cause for a request that is narrowly tailored to only one exhibit. *See* Haddock Decl. ¶ 7. As such, Cisco respectfully requests that the Court grant the Motion to Seal.

Respectfully submitted this 28th day of May, 2014.

/s/Alison M. Haddock
**DUANE MORRIS LLP**
Richard L. Seabolt, Esq. (SBN 67469)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew S. Yungwirth (admitted *pro hac vice*)
Alison M. Haddock (admitted *pro hac vice*)
John R. Gibson (admitted *pro hac vice*)
David C. Dotson (admitted *pro hac vice*)
Stephanie A. Hansen (admitted *pro hac vice*)
1075 Peachtree Street
Suite 2000
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Joseph A. Powers (admitted *pro hac vice*)
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Telephone: 215-979-1842
Facsimile: 215-689-3797

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: japowers@duanemorris.com
E-Mail: msyungwirth@duanemorris.com
E-Mail: amhaddock@duanemorris.com
E-Mail: jrgibson@duanemorris.com
E-Mail: dcdotson@duanemorris.com

*Attorneys for Defendant Cisco Systems, Inc.*

**CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Executed on May 28, 2014, in Atlanta, Georgia.


                                     */s/Alison M. Haddock*
                                        Alison M. Haddock