**DUANE MORRIS LLP**
Richard L. Seabolt, Esq. (SBN 67469)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew S. Yungwirth (admitted *pro hac vice*)
Alison M. Haddock (admitted *pro hac vice*)
John R. Gibson (admitted *pro hac vice*)
David C. Dotson (admitted *pro hac vice*)
Stephanie A. Hansen (admitted *pro hac vice*)
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Joseph A. Powers (admitted *pro hac vice*)
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Telephone: 215-979-1842
Facsimile: 215-689-3797

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: japowers@duanemorris.com
E-Mail: msyungwirth@duanemorris.com
E-Mail: amhaddock@duanemorris.com
E-Mail: jrgibson@duanemorris.com
E-Mail: dcdotson@duanemorris.com
E-Mail: sahansen@duanemorris.com

*Attorneys for Defendant Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | Case No.: 3:12-CV-01011-JST |
| Plaintiff, | **DECLARATION OF ALISON M. HADDOCK IN SUPPORT OF CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SENSUS USA INC., et. al., | |
| Defendants. | |

**DECLARATION OF ALISON M. HADDOCK IN SUPPORT OF CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO SEAL**
**Case No.: 3:12-CV-01011**

1

I, Alison M. Haddock, declare as follows:

1. I am an attorney at law, admitted *pro hac vice* to practice before this Court, and an associate at the law firm of Duane Morris LLP ("Duane Morris"), counsel of record for Defendant Cisco Systems, Inc. ("Cisco") in the above-titled action. I make this declaration in support of Cisco's Administrative Motion to File Documents Under Seal (the "Motion to Seal").

2. As to the following facts, I know them to be true of my own knowledge.

3. I have personally reviewed Civil Local Rule 7-11, Civil Local Rule 79-5, this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, and the instructions for e-filing under seal provided on the Court's website at http://cand.uscourts.gov/ecf/underseal. Based on my understanding of these orders, rules, and instructions, Cisco has complied with them in filing the Motion to Seal.

4. Exhibit A of the Declaration of L. Norwood Jameson in support of Defendants' Motion for Attorneys' Fees and Sanctions (the "Motion for Fees") is a spreadsheet with a detailed description of the work performed by Duane Morris attorneys and paralegals for the time period of August 1, 2013 to April 30, 2014.

5. In some instances, the descriptions in the spreadsheet have been revised from what appears on actual invoices to protect against the disclosure of attorney-client information, attorney work product, or other highly sensitive litigation strategies, but the spreadsheet still summarizes the nature of the work and the date of the work so the Court can evaluate the reasonableness of the work performed.

6. The spreadsheet contains non-public, sensitive information about Cisco's litigation tactics and strategies. Cisco stands to suffer great harm and would be placed in a vulnerable position should this information become public.

7. The "good cause" standard applies because the Motion for Fees is non-dispositive.

**DECLARATION OF ALISON M. HADDOCK IN SUPPORT OF CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO SEAL**
Case No.: 3:12-CV-01011

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 28th day of May, 2014, at Atlanta, Georgia.

                                                                       */s/Alison M. Haddock*
                                                                         Alison M. Haddock