1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  Christopher A. Hohn, Bar No. 271759
   chohn@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Daniel R. Scardino
   Chad Ennis
11 Nicholas Wyss
   REED & SCARDINO LLP
12 301 Congress Avenue, Suite 1250
   Austin, TX 78701
13 Telephone:     (512) 474-2449
   Facsimile:     (512) 474-2622
14 dscardino@reedscardino.com
   cennis@reedscardino.com
15 nwyss@reedscardino.com

16 Attorneys for Plaintiff
   EON CORP. IP HOLDINGS, LLC
17

**FILED**

JUN 27 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | CASE NO.  3:12-CV-01011-JST (EDL) |
| Plaintiff, | **PLAINTIFF EON CORP. IP HOLDINGS, LLC AND DEFENDANT HTC AMERICA, INC.'S STIPULATED BILL OF COSTS** |
| v. | |
| SPRINT SPECTRUM, L.P.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; STOKE, INC.; TAQUA, LLC; HTC, AMERICA, INC.; UNITED STATES CELLULAR CORPORATION; | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1122196.1

PLAINTIFF EON CORP. IP HOLCINGS, LLC AND DEFENDANT HTC AMERICA, INC.'S
STIPULATED BILL OF COSTS

3:12-CV-01011-JST (EDL)

| | |
|---|---|
| MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, Plaintiff EON Corp. IP Holdings, LLC ("EON") and Defendant HTC America, Inc. ("HTC") hereby stipulate and agree that the total amount of costs payable by EON to HTC pursuant to HTC's Bill of Costs, filed on May 8, 2014 (Dkt. No. 1043), is $30,354.77. EON and HTC further stipulate and agree that EON need not pay these costs unless and until EON's appeal, noticed on May 19, 2014 (Dkt. No. 1048), is decided in a manner that does not overturn the Court's judgment in the above-captioned matter (Dkt. No. 1037).

**IT IS SO STIPULATED.**

Dated: May 22, 2014

HOPKINS & CARLEY
A Law Corporation


By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

Dated: May 22, 2014

AKIN GUMP STRAUSS
HAUER & FELD LLP


By: */s/ Eric J. Klein*
Eric J. Klein
Attorneys for Defendant
HTC AMERICA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __6/27__, 2014

[signature]
HONORABLE JON S. TIGAR
United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1122196.1

- 2 -

PLAINTIFF EON CORP. IP HOLCINGS, LLC AND DEFENDANT HTC AMERICA, INC.'S
STIPULATED BILL OF COSTS

3:12-CV-01011-JST (EDL)

## CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document. I have records to support this concurrence. My office will maintain these records for inspection, if so requested, or for production to the Court, if so ordered.

Executed on May 22, 2014, at San Jose, California.

                                               */s/ John V. Picone III*
                                               John V. Picone III

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\1122196.1

PLAINTIFF EON CORP. IP HOLCINGS, LLC AND DEFENDANT HTC AMERICA, INC.'S
STIPULATED BILL OF COSTS

3:12-CV-01011-JST (EDL)