UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>   Defendants. | Case No. 12-cv-01011-JST<br><br>**ORDER DIRECTING PARTIES TO FILE CONSOLIDATED DOCUMENT IN SUPPORT OF SEALING**<br><br>Re: ECF Nos. 1059, 1062, 1064, 1066, 1067, 1086, 1090, 1093, 1094. |

The parties have filed nine different administrative motions to file numerous documents under seal in connection with Defendants' motion for attorneys' fees. Many of the motions seek to seal information declared confidential by another party, and the declarations by the party supporting sealing are located at different locations on the docket. In some cases, the party moving to seal has designated another party as the party supporting sealing, but that party then identifies a *different* party as the party who actually supports sealing. See Declaration of John V. Piccone ¶ 4 (ECF No. 1078). It also appears that some parties have made later requests to seal information that the party did not initially move to seal. See Declaration of Bryan K. Anderson ¶ 3 (ECF No. 1079).

The parties are ordered to file with the court a document identifying each specific item the parties have sought to seal in connection with the pending motion for attorneys' fees. The document shall contain a chart in the following format. See Standing Order Governing Administative Motions for File Materials Under Seal A-4 ("If a party seeks to seal numerous documents, the Court will consider a chart that identifies the entity that designated each document as confidential").

| Information sought to be sealed | Administrative Motion Seeking to Seal Information | Party Ultimately Designating Information as Sealable | Declaration by Designating Party in Support of Sealing |
|---|---|---|---|
| Highlighted information in Exhibit 3 to Nagdev Declaration in support of Defendants' motion (Unredacted version at ECF No. 1059-3). | ECF No. 1059 | Motorola | Nagdev Declaration ¶ 5 (ECF No. 1059-1) |

The chart should identify any information the parties have moved to seal but which no declaration in support of sealing has been filed by the party who ultimately supports sealing.

The parties are ORDERED to file the chart within seven days of the date of this order.

**IT IS SO ORDERED**.

Dated: July 15, 2014

_____
JON S. TIGAR
United States District Judge

2