John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Daniel R. Scardino
Chad Ennis
Nicholas Wyss
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Telephone:	(512) 474-2449
Facsimile:	(512) 474-2622
dscardino@reedscardino.com
cennis@reedscardino.com
nwyss@reedscardino.com

Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>                     Plaintiff,<br><br>              v.<br><br>SPRINT SPECTRUM, L.P., et al.,<br><br>                     Defendants. | CASE NO.  3:12-CV-01011-JST<br><br>**PLAINTIFF EON CORP. IP HOLDINGS, LLC AND DEFENDANT CISCO SYSTEMS INC'S STIPULATED BILL OF COSTS** |

Pursuant to Civil Local Rule 7-12, Plaintiff EON Corp. IP Holdings, LLC ("EON") and

614\1147677.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO
BURBANK

PLAINTIFF EON CORP. IP HOLDINGS, LLC AND DEFENDANT CISCO SYSTEM INC'S
STIPULATED BILL OF COSTS

3:12-CV-01011-JST

Defendant CISCO SYSTEMS, INC. ("Cisco") hereby stipulate and agree that the total amount of costs payable by EON to Cisco pursuant to Cisco's Bill of Costs, filed on August 1, 2014 (Dkt. No. 1106), is $14,265.54.  EON and Cisco further stipulate and agree that EON need not pay these costs unless and until EON's appeal, noticed on May 19, 2014 (Dkt. No. 1048), is decided in a manner that does not overturn the Court's judgment in the above-captioned matter (Dkt. No. 1037).

**IT IS SO STIPULATED.**

Dated: August 18, 2014

Respectfully submitted,

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Plaintiff
EON CORP. IP HOLDINGS, LLC

DUANE MORRIS LLP

Dated: August 13, 2014

By: */s/ John R. Gibson*
John R. Gibson
Attorneys for Defendant
CISCO SYSTEMS INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 22, 2014

HONORABLE JON S. TIGAR
United States District Court Judge

## **CERTIFICATE PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document. I have records to support this concurrence. My office will maintain these records for inspection, if so requested, or for production to the Court, if so ordered.

Executed on August 18, 2014, at San Jose, California.

> */s/ John V. Picone III*
> John V. Picone III

614\1147677.1 - 3 -
PLAINTIFF EON CORP. IP HOLDINGS, LLC AND DEFENDANT CISCO SYSTEM INC'S
STIPULATED BILL OF COSTS
3:12-CV-01011-JST

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO
BURBANK